IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED Filed
JUL 3 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA LONGORIA, and MARIA IDALIA :
GUTIERREZ, Individually and on behalf :
of the Estate of JUAN LONGORIA, :
Deceased :
　 :
VS. : CIVIL ACTION NO. B-01-062
　 : (JURY DEMANDED)
CAMERON COUNTY, TEXAS, THE :
CITY OF BROWNSVILLE, TEXAS :
XAVIER LEE HERNANDEZ, and :
JOHN DOES 1-10 :

## (UNOPPOSED) DEFENDANT, CAMERON COUNTY, TEXAS' MOTION FOR LEAVE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Movant one of the Defendants, CAMERON COUNTY, TEXAS, filing this motion entitled "*Defendant, Cameron County, Texas' Motion for Leave*" respectfully showing the Honorable Court as follows:

I.

The Court has set a hearing in this cause for Wednesday, July 31, 2002. Movant's lead counsel, Craig H. Vittitoe, has planned to be on vacation in New York at the time of the hearing and requests that his partner, Roger W. Hughes, be permitted to appear in his place at the hearing. Mr. Hughes is shown on the pleadings as additional counsel of record in this cause on behalf of Movant.

### Certificate of Conference

Movant has conferred with counsel of record and there is no opposition to this motion.

*WHEREFORE, PREMISES CONSIDERED*, Movant prays that the Court grant leave; and, for such and further relief that Movant may be lawfully entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900
ATTORNEYS FOR DEFENDANT,
CAMERON COUNTY, TEXAS

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the **30** day of July, 2002:

Mr. Michael R. Cowen                **VIA FAX**
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

Ms. Eileen Leeds                    **VIA FAX**
**WILLETTE, GUERRA & TREVIÑO, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

_____
Craig H. Vittitoe