AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE   *CA B-01-62*

| Service of the Summons and Complaint was made by me[1] | DATE *4/26/01* |
|---|---|
| NAME OF SERVER (PRINT) *Eddie M Gonzalez* | TITLE *Process Server* (4) |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: *974 E. Harrison St Brownsville, TX*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

**United States District Court**
**Southern District of Texas**
**FILED**

☐ Returned unexecuted:

**APR 2 7 2001**

**Michael N. Milby**
**Clerk of Court**

☒ Other (specify): *By delivery to Frances Domanskis, secretary*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*4/26/01*___
Date
*2:30 PM*

*(signature)*
Signature of Server

**Professional Civil Process**
Address of Server
**700 Paredes Ave., #208**
**Brownsville, Texas 78520**
**Tel: (956) 546-1313**

*Rec'd Frances Domanski 4-26-01 2:30 PM.*

Michael N. Milby, Clerk of Court
13:05 MT
APR 2 7 2001
RECEIVED
Southern District of Texas
United States District Court

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com

# OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL            CASE # B-01-062            COURT

Clt. Ref.#                                    Clt.#    639

MARIA LONGORIA AND MARIA IDALIA GUTIERREZ, INDV. AND
ON BEHALF OF THE ESTATE OF JUAN LONGORIA, DECEASED


        VS


CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE,
AND JOHN DOES 1-10


The documents came to our hand for service on 04/26/01  Time: 11:00:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**



The documents were delivered on **04/26/01  Time: 14:30:00**

Executed at: 974 E. Harrison St.
             Brownsville, TX 78520

to the following: **Cameron County**
                  **By Serving Hon. Gilbert Hinojosa, County Judge**
                  **Acccepted By Frances Domanski, Secretary**

_____  PERSONALLY delivering the document to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _Frances Domanski_ in person
       who is sixteen (16) years of age or older, at the above listed address which is the
       usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

                                        _Eddie M Gonzalez_
                              Eddie M Gonzalez


## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

                                        _Eddie M Gonzalez_
Service Fee:_____            Eddie M Gonzalez
                                 Professional Civil Process Brownsville
Witness Fee Tendered:_____     700 Paredes Ave. Suite 208
                                 Brownsville, Texas 78520

STATE OF TEXAS}

                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 27 day of ___April___ 2001.

        JUANITA G. SALDIVAR          _Juanita G. Saldivar_
        MY COMMISSION EXPIRES        NOTARY PUBLIC SIGNATURE
        February 02, 2005