1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

## NOTICE OF VACATION

Michael R. Cowen will be either on vacation, attending a seminar, or teaching at a seminar on the following dates:

May 5, 2001 – May 23, 2001
June 9, 2001 – June 17, 2001

Please do not schedule any hearings, depositions, trials, or other proceedings on those dates.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
F. ID. # 19967

## CERTIFICATE OF SERVICE

On this the ____ day of May, 2001 a true and correct copy of the above and foregoing document was sent via Regular U.S. Mail to opposing:

Mr. George Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

Mr. Richard Burst
Assistant District Attorney
964 E. Harrison St.
Brownsville, Tx. 78520

_____
Michael R. Cowen

ClibPDF - www.fastio.com