9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

## JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    The meeting was held by telephone conference on September 12, 2001 between Attorneys Ryan Henry, Amy Gonzales, Richard Burst, and Michael Cowen. Attorneys Ryan Henry and Amy Gonzales represent the City of Brownsville. Attorney Richard Burst represents Cameron County. Attorney Michael Cowen represents all Plaintiffs.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    None.

3.  Specify the allegation of federal jurisdiction.

    Jurisdiction and venue are proper in this Court under 42 U.S.C. §1983 pursuant to 28 U.S.C. § 1331 as well as § 1343.

4.  Name the parties who disagree and the reasons.

    None.

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   Plaintiffs anticipate possible additional individual parties once their identities are discovered. Defendants do not anticipate any additional parties.

6. List anticipated interventions.

   None.

7. Describe class-action issues.

   None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   Plaintiffs will file their initial disclosures by September 14, 2001.
   Defendant City of Brownsville will file its initial disclosures by September 14, 2001.
   Defendant Cameron County will file its initial disclosures by September 14, 2001.

9. Describe the proposed agreed discovery plan, including:

   A) Responses to all the matters raised in Rule 26(f).

      None

   B) When and to whom the plaintiff anticipates it may send interrogatories.

      Plaintiffs anticipate sending interrogatories, requests for production, and requests for admissions to Defendants by September 21, 2001.

   C) When and to whom the defendant anticipates it may send interrogatories.

      Defendants anticipate sending interrogatories, requests for production, and requests for admission to Plaintiffs by November 26, 2001.

   D) Of whom and by when the plaintiff anticipates taking oral depositions.

      Plaintiffs anticipate taking oral depositions of Defendants, their officers, deputies and employees, and Defendants' experts within 120 days from the date of the initial pretrial conference.

E)  Of whom and by when the defendant anticipates taking oral depositions.

Defendants at this time anticipates taking oral depositions of Plaintiffs and any witnesses Plaintiffs may designate within 120 days of the initial scheduling conference.

F)  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiffs anticipate designating their experts and providing reports 60 days before the end of the discovery period.

Defendants anticipate designating their responsive experts and providing reports within 30 days after the Plaintiffs' expert is designated and a report is provided.

G)  List the expert depositions the Plaintiffs (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Plaintiffs may depose all experts listed by Defendant and will likely do so within 30 days of their designation and the Plaintiffs' receipt of Defendants' experts' reports.

H)  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants may depose all experts listed by Plaintiffs and will likely do so within 30 days of their designation and the Defendants' receipt of Plaintiffs' experts' reports.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

None.

12. State the date the planned discovery can reasonably be completed.

We anticipate that planned discovery can reasonably be completed within 270 days after the initial scheduling conference.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    The parties have discussed possible mediation following preliminary discovery.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.
    The parties have discussed possible mediation following preliminary discovery.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

    Mediation may be considered at a later date.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    The parties do not agree to consent to trial before a magistrate at this time.

17. State whether a jury demand has been made and if it was made on time.

    A jury demand was made on time.

18. Specify the number of hours it will take to present the evidence in this case.

    We anticipate it will take forty (40) hours to present the evidence in this case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None at this time.

20. List other motions pending.

    None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    The parties wish to advise the court the Plaintiffs have sued several unnamed individuals in their pleadings.

4

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Michael R. Cowen
**Attorney For Plaintiffs**
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956)541-4981
Federal Id. No. 19967
State Bar No. 00795306

Eileen M. Leeds
Federal Id. No. 16799
State Bar No. 00791093
Ryan Henry
Fed ID. No. 22968
State Bar No. 24007347
WILLETTE & GUERRA, L.L.P.
**Attorneys For Defendant City of Brownsville, Texas**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone: (956)541-1846

Mr. Richard O. Burst
CAMERON COUNTY CIVIL LEGAL DEPARTMENT COMMISSIONER'S COURT
**Attorney for Defendant Cameron County, Texas**
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956)550-1345
State Bar No. 00785586
Federal Id. No. 15515

5

Signed on September 13TH, 2001.

| LAW OFFICES OF | LAW OFFICES OF |
|---|---|
| MICHAEL R. COWEN | WILLETTE & GUERRA, L.L.P. |
| 765 E. 7th Street, Suite A | International Plaza, Suite 460 |
| Brownsville, Texas 78520 | 3505 Boca Chica Blvd. |
| Telephone: (956)541-4981 | Brownsville, Texas 78520 |
| Facsimile: (956)504-3674 | Telephone: (956)541-1846 |
| | Facsimile: (956)541-1893 |

Michael R. Cowen
Federal Id. No. 19967
State Bar No. 00795306
ATTORNEY FOR PLAINTIFFS

Eileen M. Leeds
Federal Id. No. 16799
State Bar No. 00791093
ATTORNEYS FOR DEFENDANT
CITY OF BROWNSVILLE, TEXAS

and

CAMERON COUNTY CIVIL LEGAL
 DEPARTMENT COMMISSIONER'S COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956)550-1345
Facsimile: (956)550-1348

Mr. Richard O. Burst
State Bar No. 00785586
Federal Id. No. 15515
ATTORNEY FOR DEFENDANT
CAMERON COUNTY, TEXAS

Signed on September 13, 2001.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL R. COWEN<br>765 E. 7th Street, Suite A<br>Brownsville, Texas 78520<br>Telephone: (956)541-4981<br>Facsimile: (956)504-3674 | LAW OFFICES OF<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78520<br>Telephone: (956)541-1846<br>Facsimile: (956)541-1893 |
| *Michael Cowen w/ [signature]*<br>Michael R. Cowen<br>Federal Id. No. 19967<br>State Bar No. 00795306<br>ATTORNEY FOR PLAINTIFFS | *Eileen Leeds w/ [signature]*<br>Eileen M. Leeds<br>Federal Id. No. 16799<br>State Bar No. 00791093<br>ATTORNEYS FOR DEFENDANT<br>CITY OF BROWNSVILLE, TEXAS |

and

CAMERON COUNTY CIVIL LEGAL
 DEPARTMENT COMMISSIONER'S COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956)550-1345
Facsimile: (956)550-1348

*Richard Burst w/ [signature]*
Mr. Richard O. Burst
State Bar No. 00785586
Federal Id. No. 15515
ATTORNEY FOR DEFENDANT
CAMERON COUNTY, TEXAS

6