10

United States District Court
Southern District of Texas
FILED

SEP 1 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased,<br>    Plaintiffs, | §§§§§§§ | |
| VS. | §§ | CIVIL ACTION NO. B-01-062<br>(JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10,<br>    Defendants. | §§§§§ | |

## DEFENDANT THE CITY OF BROWNSVILLE, TEXAS' INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

TO:   Mr. Michael R. Cowen
      ATTORNEY AT LAW
      765 E. 7th Street, Suite A
      Brownsville, Texas 78520

NOW COMES Defendant The City of Brownsville, Texas and files this its Initial Disclosures under Federal Rule of Civil Procedure 26. Defendant shows the following:

(A)   Persons with Relevant Knowledge (subject to supplementation)

   Maria Longoria, Plaintiff
   c/o Michael R. Cowen
   ATTORNEY AT LAW
   765 E. 7th Street, Suite A
   Brownsville, Texas 78520
   (956) 541-4981

1

Maria Idalia Gutierrez, Plaintiff
c/o Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981

Hon. Gilberto Hinojosa
Cameron County Judge
c/o Cameron County, Defendant
964 E. Harrison
Brownsville, Texas 78520
(956) 544-0830

Unidentified Cameron County Jailers, Defendants
Cameron County Jail
954 E. Harrison St.
Brownsville, Texas 78520
(956) 544-0868

City of Brownsville, Defendant
P. O. Box 911
Brownsville, Texas 78520
(956) 548-6005

Chief of Police
Brownsville Police Department
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000

P/O Falcon Rivera
Brownsville Police Department
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000
Investigating police officer

P/O David Gutierrez, Jr.
Brownsville Police Department
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000
Investigating police officer

2

Martin Mendoza
Circle K Manager
1124 International Boulevard
Brownsville, Texas 78520
(956) 542-0554
Manager at store in which decedent was arrested

Alfredo Najera
Circle K Clerk
1124 International Boulevard
Brownsville, Texas 78520
(956) 542-0554
Clerk at store in which decedent was arrested

P/O Victor Jackson
Brownsville Police Department
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000
Police officer who assisted in decedent's arrest

Lt. Ramiro Rodriguez
Brownsville Police Department
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000
Patrol shift supervisor at time of decedent's arrest

Jose Schroeder
Tropical Texas MHMR
P. O. Drawer 1108
Edinburg, Texas 78540
(956) 383-0121
Performed mental health evaluation on decedent

Dr. Lawrence J. Dahm
P.O. Drawer 2588
Harlingen, Texas 78551
Pathologist who performed autopsy on decedent

Dr. Ian Richardson
Brownsville Medical Center
1040 W. Jefferson Street
(956) 544-1400
Emergency Room Doctor who attended to decedent

3

John Blair
Brownsville Medical Center
1040 W. Jefferson Street
(956) 544-1400
Emergency room nurse who provided information to pathologist

Romualdo Rodriguez
Cameron County Sheriff's Department
954 E. Harrison
Brownsville, Texas 78520
(956) 550-7273
Investigator who provided information to pathologist

(B)   Documents (subject to supplementation):

1. Offense and Arrest Reports relating to the incident made the basis of this lawsuit.
2. Brownsville Police Department Policies regarding the use of force in an arrest.
3. Autopsy Reports

(C)   Computation of Damages:

Not applicable

(D)   Insurance Agreement

Has been requested and will be made available for inspection.

Signed on September __13__, 2001.

                                                Respectfully submitted,

                                                WILLETTE & GUERRA, L.L.P.
                                                International Plaza, Ste. 460
                                                3505 Boca Chica Blvd.
                                                Brownsville, Texas  78521
                                                Telephone:  (956) 541-1846
                                                Facsimile:  (956) 541-1893

                                            By: _/s/ Eileen Leeds_
                                                  Eileen M. Leeds
                                                  State Bar No. 00791093
                                                  USDC Adm. No. 16799

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing, **Defendant's Initial Disclosures Under Federal Rule of Civil Procedure 26**, on September __13__, 2001 has been served via certified mail, return receipt requested to:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Richard Burst
Assistant County Attorney
Ms. Dylbia L. Jefferies
Assistant County Attorney
Cameron County Civil Legal Department
Commissioner's Court
964 E. Harrison Street
Brownsville, Texas 78520

                                                _____
                                                Eileen M. Leeds

ClibPDF - www.fastio.com



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA LONGORIA and MARIA § | |
| IDALIA GUTIERREZ, Individually and § | |
| on behalf of the Estate of § | |
| JUAN LONGORIA, Deceased, § | |
|     Plaintiffs, § | |
| § | |
| § | |
| § | CIVIL ACTION NO. B-01-062 |
| VS. § | (JURY REQUESTED) |
| § | |
| CAMERON COUNTY, TEXAS, § | |
| THE CITY OF BROWNSVILLE, TEXAS, § | |
| and JOHN DOES 1-10, § | |
|     Defendants. § | |

**DEFENDANT'S NOTICE TO THE COURT OF THEIR SUBMISSION OF THEIR INITIAL DISCLOSURE TO PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant, The City of Brownsville, Texas and files this its Notice to the Court of their submission of their Initial Disclosure to Plaintiffs Under Federal Rule of Civil Procedure 26(a).

I.

Defendant hereby gives notice to the Court that it has submitted its Initial Disclosure under Federal Rule of Civil Procedure 26(a).

1

Signed on September 13, 2001.

                        Respectfully submitted,

                        WILLETTE & GUERRA, L.L.P.
                        International Plaza, Ste. 460
                        3505 Boca Chica Blvd.
                        Brownsville, Texas 78521
                        Telephone: (956) 541-1846
                        Facsimile: (956) 541-1893

                        By: _____
                              Eileen M. Leeds
                              State Bar No. 00791093
                              USDC Adm. No. 16799

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **Defendant's Notice to The Court of Their Submission of Their Initial Disclosure to Plaintiffs Under Federal Rule of Civil Procedure 26(a)**, on September 13, 2001 has been served via certified mail, return receipt requested to:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Richard Burst
Assistant County Attorney
Ms. Dylbia L. Jefferies
Assistant County Attorney
Cameron County Civil Legal Department
Commissioner's Court
964 E. Harrison Street
Brownsville, Texas 78520

                            _____
                                Eileen M. Leeds