IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § § | |
| VS. | § 1. § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

**DEFENDANT'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Defendant The City of Brownsville, Texas' counsel certifies that the only persons, associations, etc., that are known to Defendant The City of Brownsville, Texas to be financially interested in the outcome of this litigation are:

1. Plaintiff Maria Longoria

2. Plaintiff Maria Idalia Gutierrez

3. Defendant City of Brownsville, Texas

4. Texas Municipal League Intergovernmental Risk Pool

5. Defendant Cameron County, Texas

-1-

Signed on September _13_, 2001.

                                  Respectfully submitted,

                                  WILLETTE & GUERRA, L.L.P.
                                  International Plaza, Ste. 460
                                  3505 Boca Chica Blvd.
                                  Brownsville, Texas 78521
                                  Telephone: (956) 541-1846
                                  Facsimile: (956) 541-1893

                By: _____*Eileen Leeds*_____
                                  Eileen M. Leeds
                                  State Bar No. 00791093
                                  USDC Adm. No. 16799

                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested on September _13_, 2001, on all counsel of record as follows:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Richard Burst
Assistant County Attorney
Ms. Dylbia L. Jefferies
Assistant County Attorney
Cameron County Civil Legal Department
Commissioner's Court
964 E. Harrison Street
Brownsville, Texas 78520

                                  _____*Eileen Leeds*_____
                                  Eileen M. Leeds