

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased,<br>     Plaintiffs,<br><br>v.<br><br>CAMERON COUNTY, TEXAS THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10,<br>     Defendants. | CIVIL ACTION NO. B-01-062 |

## CAMERON COUNTY'S DISCLOSURE OF INTERESTED PARTIES

Cameron County files this its list of interested parties.

Plaintiffs:   Maria Longoria
              Maria Idalia Gutierrez
              address unknown
              telephone unknown

Plaintiff's    Mr. Michael Cowen
Attorney:      Michael R. Cowen
               765 E. 7th Street, Suite A
               Brownsville, Texas 78520
               (956) 541 4981

Defendant     City of Brownsville, Texas

City's         George Kraehe
Attorney:      WILLETTE & GUERRA, L.L.P.
               International Plaza, Ste. 460
               3503 Boca Chica Blvd.
               Brownsville, Texas 78521
               (956) 541 1846

Defendant:    Cameron County, Texas

|  | Gilberto Hinojosa, County Judge<br>964 E. Harrison<br>Brownsville, Texas 78520<br>(956) 550 0830 |
|---|---|
| County's Attorney: | Richard O. Burst<br>964 E. Harrison St.<br>Brownsville, Texas 78520<br>(956) 550 1345 |
| Doe | John Does 1 through 10<br>addresses and phone numbers unknown |
| County Does' Attorney | Ricardo J. Navarro<br>DENTON & NAVARRO, P.C.<br>222E. Van Buren<br>Harlingen, Texas 78550<br>(956) 421 4904 |

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile:  (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S D No 15515

Dylbia L Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst, do hereby certify that on this 14th of September, 2001, a true and

correct copy of the foregoing Certificate of Interested Parties has been mailed to:

Michael R. Cowen
765 E. 7th Street, Suite A
Brownsville, Texas 78520

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3503 Boca Chica Blvd.
Brownsville, Texas 78521

Ricardo J. Navarro
DENTON & NAVARRO, P.C.
222 E. Van Buren
Harlingen, Texas 78550

Richard O. Burst