12

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

## DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **THE CITY OF BROWNSVILLE, TEXAS**, Defendant in the above-styled and numbered cause, and hereby designate the following:

Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

-1-

Signed on this 19th day of September, 2001.

                                        Respectfully submitted,

                                        WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen M. Leeds*
Eileen M. Leeds
State Bar No. 00791093
Federal I. D. No. 16799
Attorney In Charge

Ryan Henry
Fed ID. No. 22968
State Bar No. 24007347

Attorneys for Defendant
The City of Brownsville, Texas

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 17, 2001, I conferred with Mr. Burst, counsel for Co-Defendant Cameron County, and he is not opposed to the Designation of Lead Counsel.

I hereby certify that on September 17, 2001, I conferred with Mr. Cowen, counsel for Plaintiffs, and he is not opposed to the Designation of Lead Counsel.

                                        *Eileen M. Leeds*
                                        Eileen M. Leeds

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been served by certified mail, return receipt requested to all counsel of record this 19th day of September, 2001.

Mr. Michael R. Cowen
LAW OFFICE OF MICHAEL R. COWEN
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Richard O. Burst
CAMERON COUNTY CIVIL LEGAL
DEPARTMENT COMMISSIONER'S COURT
964 East Harrison Street
Brownsville, Texas 78520

_____
Eileen M. Leeds