# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts    ■ Lehrman |
| DATE | 9 — 17 — 01 |
| TIME | 2:16 p.m. — 2:28 p.m. |
| CIVIL ACTION | B — 01 — 62 |
| STYLE | Maria Longoria, et al *versus* Cameron County, Texas, et al |

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Co

DOCKET ENTRY

(HGT) ✓ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s): Michael Cowen

Attorney(s) for Defendant(s):   For Cameron County: Richard Burst

For City of Brownsville: Eileen M. Leeds

For "John Does": Mauro Ruiz

==========================================================

**Ruling orally rendered:** The Court granted Plaintiff's request for a 270-day discovery period because he does not yet know who the "John Does" will be. Attorneys for the defendants are unopposed. A scheduling order to be entered.

**Comments:** The Court asked the time after the 270-day discovery period at which the parties will consider mediation. The Court asked that dispositive motions be filed before discovery if appropriate, so that only essential issues go to trial. Mr. Cowen mentioned that the initial doctor's report was a homicide--death by choke hold; however, the final autopsy report submitted 3 to 4 months later reflects that the deceased died of pancreatic failure from alcoholism rather than beating.