**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT** United States District Court
Southern District of Texas
ENTERED
SEP 2 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Garza

Maria Longoria, et al §
§
versus § CIVIL ACTION B- 01-0
§
Cameron County, Texas, §
et al §

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.    ☐ Bench   ☒ Jury

2. New parties must be joined by:    January 21, 2002

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    April 22, 2002

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    June 17, 2002

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************** The court will provide these dates. **************************

6. Dispositive Motions will be filed by:    7-8-02

7. Joint pretrial order is due:    10-14-02

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    10-31-02

9. Jury Selection is set for 9:00 a.m. on:    11-4-02

The case will remain on standby until tried.

Signed __September 17,__, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____
Counsel for Plaintiffs

_____
Counsel for CAMERON COUNTY
(RICHARD BUSQT)

_____
Counsel for O City Brownsville
(Eileen Leeds)

_____
Counsel for

_____
Counsel for

_____
Counsel for