IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

## CERTIFICATE OF WRITTEN DISCOVERY

The following documents were served on counsel for Defendant on the 15th day of November, 2001:

1) Plaintiffs' First Request for Production to Defendant; and,

2) Plaintiffs' First Set of Interrogatories Propounded to The City of Brownsville, TX.

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

Michael R. Cowen
Texas Bar No. 00795306
Fed. ID No.: 19967
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On this the __15th__ day of ~~October~~ November, 2001 a true and correct copy of the foregoing document was sent to opposing counsel in the manner indicated below:

Mr. George Kraehe  
Ms. Eileen Leeds  
WILLETTE & GUERRA, L.L.P.  
International Plaza, Suite 460  
3505 Boca Chica Blvd.  
Brownsville, TX 78520

**Via Regular U.S. Mail &**  
**Via Fax No.: 541-1893**

Mr. Richard Burst  
Civil Legal Department  
Commissioner's Court  
964 E. Harrison  
Brownsville, TX 78520

**Via Regular U.S. Mail &**  
**Via Fax No.: 550-1348**

_____  
Michael R. Cowen