18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased,<br>    Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-062<br>(JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## ADVISORY TO THE COURT REGARDING SCHEDULING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, **THE CITY OF BROWNSVILLE, TEXAS,** Defendant and advises the Court that she will be on vacation from **December 12, 2001 through January 6, 2002.** Eileen M. Leeds requests this Court not to schedule any matters which would require her presence at hearings during this period.

Signed on December 4th, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on December __4th__, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Mr. Michael R. Cowen
LAW OFFICE OF MICHAEL R. COWEN
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Richard O. Burst
CAMERON COUNTY CIVIL LEGAL
DEPARTMENT COMMISSIONER'S COURT
964 East Harrison Street
Brownsville, Texas 78520

Eileen M. Leeds