19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

## NOTICE OF VACATION

The Law Office of Michael R. Cowen, P.C. will be on vacation on the following dates:

**Thursday, January 3, 2002 through Tuesday, January 8, 2002**

Please do not schedule any hearings, trials, or other proceedings on those dates

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:     (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
Federal Bar #19967

## Certificate of Service

On this the 28th day of December, 2001, a true and correct copy of the above and foregoing document was sent via Regular U.S. Mail to opposing counsel as indicated below.

Mr. George Kraehe
WILLETTE & GUERRA
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Richard Burst
Assistant District Attorney
964 E. Harrison St.
Brownsville, Texas 78520

_____
Michael R. Cowen