

United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs file this motion requesting leave to file an amended complaint. Plaintiff's ask to file an amended complaint naming as a defendant the Cameron County Sheriff's Deputy who they believe killed Juan Longoria.

A copy of Plaintiff's proposed First Amended Complaint is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the Court Grant them leave to file an amended complaint.

Respectfully submitted,


MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:    (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306

## CERTIFICATE OF SERVICE

On this the 22nd day of January, 2002 a true and correct copy of the above and foregoing document was sent via facsimile and Regular U.S. Mail to opposing:

Mr. George Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

Mr. Richard Burst
Assistant District Attorney
964 E. Harrison St.
Brownsville, Tx. 78520

_____
Michael R. Cowen

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, certify that on January 21, 2002 I called the offices of opposing counsel to see whether they were opposed to this motion. However, I was not able to get in contact of either one of them. Therefore, I do not know whether or not this motion is opposed.

_____
Michael R. Cowen