IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ALEXANDRA LONGORIA and MARIA IDALIA GUTIERREZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUAN LONGORIA, DECEASED | ) ) ) ) ) ) ) | |
| VS. | ) ) | CIVIL ACTION NO. B-01-062 |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, AND JOHN DOES 1-10 | ) ) ) | |

United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant, **CAMERON COUNTY**, and files this **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL** and would show the Court as follows:

I.

Pursuant to Local Rule 7.1.D, the undersigned has conferred with opposing counsel and there is no opposition to this motion.

II.

Mr. Richard Burst and Ms. Dylbia L. Jefferies of the Cameron County Attorney's office were designated as counsel for Defendant, **CAMERON COUNTY**. Said Defendant now wishes to substitute the Law Firm of ADAMS & GRAHAM, L.L.P., as its counsel.

III.

Therefore, Defendant requests permission to substitute CRAIG VITTITOE as lead counsel with ROGER W. HUGHES as associate counsel for **CAMERON COUNTY**.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the above and foregoing Motion be granted.

        Respectfully submitted,

        CAMERON COUNTY, TEXAS
        Commissioners Court, Legal Division
        964 E. Harrison
        Brownsville, TX 78520
        Phone (956) 550-1345
        Fax   (956) 550-1348

By: _____
        DOUGLAS WRIGHT
        State Bar No. 22024100
        **RICHARD O. BURST**
        State Bar No. 00785586
        **DYLBIA L. JEFFERIES**
        State Bar No. 00786516

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____
        CRAIG H. VITTITOE
        State Bar No. 20593900
        Fed. I.D. No. 18756
        **ROGER W. HUGHES**
        State Bar No. 10229500
        Federal ID No. 5950

ATTORNEYS FOR DEFENDANT
CAMERON COUNTY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the counsel of record on this the _3_ day of May, 2002.

| | |
|---|---|
| Mr. Michael R. Cowen<br>MICHAEL R. COWEN, P.C.<br>765 E. 7th Street, Suite A<br>Brownsville, TX 78520 | **CMRRR # 7001 2510 0004 2061 7158** |
| Ms. Eileen Leeds<br>Mr. George Christian Kraehe<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, TX 78521 | **CMRRR # 7001 2510 0004 2061 7141** |

/s/ Craig H. Vittito