23

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAY 0 6 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **MARIA LONGORIA, ET. AL.,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-01-062** |
| | § | |
| **CAMERON COUNTY, TEXAS, ET. AL.,** | § | |
| | § | |
|     **Defendants.** | § | |

**ORDER**

    BE IT REMEMBERED that on May __6__, 2002 the Court **GRANTED** Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 20].  Under Federal Rule of Civil Procedure 15(a), leave to file an amended complaint "shall be freely given [by the Court] when justice so requires."

    DONE this __6__ day of May, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge