IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 1 0** 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA ALEXANDRA LONGORIA and | ) | |
| MARIA IDALIA GUTIERREZ, | ) | |
| INDIVIDUALLY AND ON BEHALF OF | ) | |
| THE ESTATE OF JUAN LONGORIA, | ) | |
| DECEASED | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. B-01-062 |
| | ) | |
| CAMERON COUNTY, TEXAS, | ) | |
| THE CITY OF BROWNSVILLE, TEXAS, | ) | |
| AND JOHN DOES 1-10 | ) | |

## ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on the ___8___ day of ___May___, 2002, came to be heard the Defendant's **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**. The Court is of the opinion it should be GRANTED.

IT IS, THEREFORE, ORDERED that the *Hon. Craig Vittitoe, Roger Hughes* and *ADAMS & GRAHAM, L.L.P.* will be substituted for the Hon. Richard Burst and Dylbia L. Jefferies as counsel for Defendant, **CAMERON COUNTY.**

Judge Presiding

cc:    Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, TX 78520
       Ms. Eileen Leeds, Mr. George Kraehe, WILLETTE & GUERRA, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, TX 78521
       Mr. Richard O. Burst, Ms. Dylbia L. Jefferies, Commissioners Court, Legal Division, 964 E. Harrison, Brownsville, TX 78520
       Mr. Craig Vittitoe, Mr. Roger W. Hughes, ADAMS & GRAHAM, L.L.P., P. O. Drawer 1429, Harlingen, Texas 78551-1429