United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA LONGORIA, and MARIA IDALIA :
GUTIERREZ, Individually and on behalf :
of the Estate of JUAN LONGORIA, :
Deceased :
:
VS. : CIVIL ACTION NO. B-01-062
: **(JURY DEMANDED)**
:
CAMERON COUNTY, TEXAS, THE :
CITY OF BROWNSVILLE, TEXAS :
XAVIER LEE HERNANDEZ, and :
JOHN DOES 1-10 :

# ORDER GRANTING DEFENDANT, CAMERON COUNTY'S MOTION TO COMPEL MEDICAL AND MENTAL HEALTH RECORD AUTHORIZATION

ON THIS the ___15___ day of ___July___, 2002, came on to be heard Defendant, Cameron County's *Motion to Compel Medical and Mental Health Record Authorization*. After having considered said Motion, the Court is of the opinion that it should be granted.

***IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED*** that said Motion to Compel Medical and Mental Health Record Authorization be, and it hereby is, **GRANTED** and that Plaintiffs be ordered to provide Defendant, Cameron County, Texas by and through their attorney of record, Craig H. Vittitoe, with the properly executed medical authorization within ___15___ days from the signing of this Order of the court. A true copy of the authorization is attached as Exhibit "A".

DONE THIS the ___15___ day of ___July___, 2002 in Brownsville, Texas.

_____
**UNITED STATES DISTRICT JUDGE**
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

CONSENT FOR RELEASE OF CONFIDENTIAL INFORMATION

    RE    :    JUAN ANTONIO LONGORIA
    DOB  :    10/07/59
    SS NO. :    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

1. _____ Representative of the Estate of JUAN ANTONIO LONGORIA, pursuant to the Medical Practice Act, article 4495b of the Texas Revised Civil Statutes and section 241.152 of the Health and Safety Code does hereby consent for the release of the following information and items to ADAMS & GRAHAM, L.L.P.

    a.  Any and all medical records and reports concerning the identity, diagnosis, examination, evaluation, history, and treatment for any and all physical and/or mental injury and illness, including substance abuse, regarding JUAN ANTONIO LONGORIA.

    b.  Any and all radiographic films of any and all parts of JUAN ANTONIO LONGORIA's body; and

    c.  Any and all photographs of any and all parts of JUAN ANTONIO LONGORIA's body.

2. We understand and consent that the above-listed information and items may be obtained by subpoena and/or the use of this consent, or both, and that the information and items may be filed in the Court Records in the above-referenced cause.

3. We understand and consent that the information and items obtained pursuant to this consent may be reviewed by consulting experts and testifying experts retained by ADAMS & GRAHAM, L.L.P.

4. We further understand that part or all of the above-listed information and items may be offered and/or introduced into evidence during depositions or trial of the above-styled and numbered lawsuit subject to the rulings of the court as to admissibility.

5. This consent for release of the above-listed information and items extends to any physician, dentist, hospital, or other person or institution from whom or in which JUAN ANTONIO LONGORIA has received any dental or medical diagnosis, evaluation, examination, and/or treatment.

6. We understand that the information so released may contain information about mental or psychiatric counseling and treatment, and/or the testing or treatment of alcohol, drug or substance abuse and/or AIDS.

7. A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL AND IT SHALL BE EFFECTIVE UNTIL IT IS REVOKED BY NOTICE IN WRITING SIGNED BY ME OR A PERSON AUTHORIZED TO ACT ON MY BEHALF WHICH NOTICE IS ACTUALLY RECEIVED BY YOU.

SIGNED this the _____ day of _____ 2002.


Print _____
As Representative of the Estate of
JUAN ANTONIO LONGORIA

EXHIBIT "A"

ADAMS & GRAHAM, L.L.P.
[kmg] c:\files\chv\c1212\Cowen01.wpd