United States District Court
Southern District of Texas
FILED

JUL 15 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

### PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased**, Plaintiffs, herein, and file this their Motion to Dismiss Without Prejudice.

I.

Plaintiffs hereby dismiss their claims against Defendants, **CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10**, without prejudice to the refiling of the same.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Tel:   (956) 541-4981
Fax:   (956) 504-3674

Conrad Bodden
Law Office of John Ventura, P.C.
62 E. Price Road
Brownsville, TX 78521

_____
Michael R. Cowen
Federal ID No. 19967
State Bar No. 00795306

## CERTIFICATE OF SERVICE

On this the 15th day of July, 2002, a true and correct copy of the above and foregoing document was sent via regular U.S. Mail to opposing counsel below:

Mr. George Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521
ATTORNEY FOR DEFENDANT
CITY OF BROWNSVILLE

Mr. Roger Hughes
Mr. Craig Vittitoe
ADAMS & GRAHAM, L.L.P.
P. O. Box 1429
Harlingen, TX 78551-1429
ATTORNEY FOR DEFENDANT
CAMERON COUNTY, TEXAS

Mr. Ricardo J. Navarro
DENTON & NAVARRO, P.C.
222 E. Van Buren, Suite 405
Harlingen, TX 78550
ATTORNEY FOR XAVIER LEE HERNANDEZ

_____
Michael R. Cowen

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Defendant The City of Brownsville, Texas was advised of the filing of this document and he is unopposed to the filing of the same; Counsel for Defendant Cameron County, Texas was also advised of the filing of this document and he neither agrees or disagrees to the filing of this Motion.

_____
Michael R. Cowen