United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, | § § § § § | CIVIL ACTION NO. B-01-062 |
| V. | § § | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10, | § § § | JURY DEMANDED |

## ORDER

On this the  16  day of  July , 2002, came on to be heard the Motion to Dismiss Without Prejudice of Plaintiffs, **MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased**, for dismissal of Plaintiffs' cause of action without prejudice against the Defendants, **CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10**. The Court after considering said Motion, is of the opinion that same should be granted. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the cause of action of Plaintiffs, **MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased**, against Defendants, **CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS and JOHN DOES 1-10**, be and is hereby dismissed without prejudice to the right of the Plaintiffs to refile same.

It is further **ORDERED, ADJUDGED AND DECREED** that each party is to bear their own costs.

SIGNED this 16 day of July, 2002.

_____
JUDGE PRESIDING

**COPIES TO:**

Mr. George Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521
ATTORNEY FOR DEFENDANT
CITY OF BROWNSVILLE

Mr. Roger Hughes
Mr. Craig Vittitoe
ADAMS & GRAHAM, L.L.P.
P. O. Box 1429
Harlingen, TX 78551-1429
ATTORNEY FOR DEFENDANT
CAMERON COUNTY, TEXAS

Mr. Ricardo J. Navarro
DENTON & NAVARRO, P.C.
222 E. Van Buren, Suite 405
Harlingen, TX 78550
ATTORNEY FOR XAVIER LEE HERNANDEZ

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street
Brownsville, TX 78520