```
                                              United States District Court
                                                Southern District of Texas
        IN THE UNITED STATES DISTRICT COURT            FILED
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION              JUL 1 9 2002

                                                 Michael N. Milby
                                                  Clerk of Court
```

MARIA LONGORIA, and MARIA IDALIA :
GUTIERREZ, Individually and on behalf :
of the Estate of JUAN LONGORIA, :
Deceased :
:
VS. : CIVIL ACTION NO. B-01-062
: **(JURY DEMANDED)**
CAMERON COUNTY, TEXAS, THE :
CITY OF BROWNSVILLE, TEXAS :
XAVIER LEE HERNANDEZ, and :
JOHN DOES 1-10 :

---

# DEFENDANT, CAMERON COUNTY, TEXAS' MOTION OBJECTING TO THE DISMISSAL OF THE CASE WITHOUT PREJUDICE

---



TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Movant one of the Defendants, CAMERON COUNTY, TEXAS, filing this motion entitled "*Defendant, Cameron County, Texas' Motion Objecting to the Dismissal of the Case Without Prejudice*" respectfully showing the Honorable Court as follows:

**I.**

Per the Plaintiffs counsel's certificate of service dated July 15, 2002, the Plaintiffs filed a motion entitled "Plaintiffs' Motion to Dismiss Without Prejudice". Such was received by counsel for Movant on Tuesday, July 16, 2002.

The Plaintiffs' motion sought the dismissal of the case in full *without prejudice*. The Plaintiffs' motion failed to obtain a certificate of conference as required by Local Rule 6A,B (Local Rules United States District Court - Southern District of Texas). In particular, Plaintiffs' motion failed to advise the court that there was OPPOSITION to the granting of the motion.

## II.

Movant objects to the dismissal of the Plaintiffs' Motion to Dismiss Without Prejudice. Movant has no objection to the dismissal of the case with *prejudice*.

## III.

Late in the afternoon on Tuesday, July 16, 2002, counsel for Movant received the Court's order dismissing this case without prejudice. The order appears to be a copy of the same order submitted by Plaintiffs' counsel with the motion. The court order provides that each party shall bear their respective court costs. Respectfully, Movant urges that if the court is inclined to dismiss this case *without prejudice* that the costs should be assessed against the Plaintiff.

*WHEREFORE, PREMISES CONSIDERED*, Movant prays for a hearing; and, that upon hearing that the court set aside its order of July 16, 2002 and retain this case upon the court's active docket; and, for such and further relief that Movant may be lawfully entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900
ATTORNEYS FOR DEFENDANT,
CAMERON COUNTY, TEXAS

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the ___ day of July, 2002:

Mr. Michael R. Cowen          **CM/RRR # 7001 2510 0004 2061 5697**
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

Ms. Eileen Leeds              **U.S. 1ST CLASS MAIL**
**WILLETTE, GUERRA & TREVIÑO, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. Ricardo J. Navarro        **U.S. 1ST CLASS MAIL**
**DENTON & NAVARRO, P.C.**
222 East Van Buren, Suite 405
Harlingen, TX 78550

_____
Craig H. Vittitoe