IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased<br><br>VS.<br><br>CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS XAVIER LEE HERNANDEZ, and JOHN DOES 1-10 | CIVIL ACTION NO. B-01-062<br>**(JURY DEMANDED)** |

## ORDER SETTING HEARING ON DEFENDANT, CAMERON COUNTY, TEXAS' MOTION OBJECTING TO THE DISMISSAL OF THE CASE WITHOUT PREJUDICE

*BE IT REMEMBERED* that on the date shown below Defendant, *CAMERON COUNTY, TEXAS' MOTION OBJECTING TO THE DISMISSAL OF THE CASE WITHOUT PREJUDICE* having been presented to the Court, the Court is of the opinion that said Motion should be set for hearing;

***IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED*** by the Court that said DEFENDANT, *CAMERON COUNTY, TEXAS' MOTION OBJECTING TO THE DISMISSAL OF THE CASE WITHOUT PREJUDICE* should be set for hearing before this Court at **10:00** o'clock **A**.m. on the **31st** day of **July**, 2002.

Clerk is to notify all counsel of record.

DONE THIS the 23 day of _____July_____, 2002 in Brownsville, Texas.

_____
**HONORABLE HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*