IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | : : : : : |
| VS. | : : CIVIL ACTION NO. B-01-062 (JURY DEMANDED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS XAVIER LEE HERNANDEZ, and JOHN DOES 1-10 | : : : : |

## ORDER ON DEFENDANT'S MOTION FOR LEAVE

ON THIS DAY, the Court considered the Motion for Leave filed by Defendant Cameron County, Texas. The Court GRANTS the Motion. As such, Roger W. Hughes, is permitted to appear in this cause at the hearing scheduled on July 31, 2002 on behalf of Defendant, Cameron County, Texas.

DONE, at Brownsville, Texas, this the 30th day, July, 2002.

_____
Hilda Tagle, United States District Judge

Copies to:

All Counsel of Record