36

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **MARIA LONGORIA, ET. AL.,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. B-01-062** |
| | § | |
| **CAMERON COUNTY, TEXAS, ET. AL.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 31, 2002 the Court **VACATED** the order dismissing without prejudice and **ORDERED** that any substitution of counsel be made by August 15, 2002.

A scheduling conference is set for September 10, 2002 at 2:30 p.m.

DONE this 31st day of July, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge