United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Maria Longoria and Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria, Deceased | Civil Action No. B-01-062 |
| v. | |
| Cameron County, Texas, The City of Brownsville, Texas and John Does 1-10 | Jury Demanded |

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Maria Longoria and Maria Idalia Gutierrez, individually and on behalf of the Estate of Juan Longoria, deceased, Plaintiffs herein, and file this their PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL, and will show the Court the following:

1. Attorney Michael R. Cowen is presently the attorney of record for the Plaintiffs and he is requesting that the Court allow him to withdrawal from the above captioned matter due to a conflict that has arisen and prevents his continued representation of the Plaintiffs.

2. Attorney Alfred R. Valdez will be substituted as attorney of record for the Plaintiffs. His State of Texas Bar Number is 20426200, Federal ID Number is 6389; the mailing address and phone numbers of Alfred R. Valdez are as follows:

> Law Offices of Alfred R. Valdez
> 6300 Hillcroft, Suite 200
> Houston, Tx 77081
>
> phone number: (713) 271-0719
> fax number: (713) 270-8134

3.     As stated above, there is good cause for this Court to grant the motion for substitution due to a conflict that has arisen and prevents attorney Michael R. Cowen from continuing his representation of the Plaintiffs.

4.     The Plaintiffs approve of the substitution, which is not for delay.

5.     For these reasons, Alfred R. Valdez asks that the Court allow him to substitute for Michael R. Cowen as the attorney of record for the Plaintiffs.

Respectfully submitted,

*Alfred R. Valdez "/permission, by MRC*

Alfred R. Valdez
SBN 20426200
Fed. ID # 6389
6300 Hillcroft, Suite 200
Houston, Tx 77081

tel: (713) 271-0719
fax: (713)270-8134

AGREED:

Michael R. Cowen
Fed. ID # 19967
Texas Bar No. 00795306    **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been provided to the opposing party or parties on _8 AUGUST 2002_.

Alfred R. Valdez

## CERTIFICATE OF CONFERENCE

I certify that prior to filing of the motion, I have reached or attempted to reach the following individuals in order to inquire whether they oppose the motion.

_____*A. R. Valdez*_____
Alfred R. Valdez

| | |
|---|---|
| Ms. Eileen Leeds<br>Willette, Guerra & Trevino, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Tx 78521<br><br>ph: (956) 541-1846<br>fax: (956) 541-1893<br><br>Attorney for Defendant - City of Brownsville | UNOPPOSED TO THE MOTION. |
| Mr. Roger Hughes<br>Mr. Craig Vittitoe<br>Adams & Graham, L.L.P.<br>P.O. Drawer 1429<br>222 East Van Buren, West Tower<br>Harlingen, Texas 78551-1429<br><br>ph: (956) 428-7495<br>fax: (956) 428 2954<br><br>Attorneys for Defendant - Cameron County, Texas | UNOPPOSED TO THE MOTION. |
| Mr. Ricardo J. Navarro<br>Denton & Navarro, P.C.<br>222 East Van Buren, Suite 405<br>Harlingen, Tx 78550<br><br>ph: (956) 421-4904<br>fax: (956) 421-3621<br><br>Attorney for Xavier Lee Hernandez | MR. NAVARRO IS ON VACATION, AND ALFRED R. VALDEZ LEFT A MESSAGE AT HIS OFFICE ON 7 AUGUST 2002 |