Case 1:01-cv-00062    Document 38    Filed in TXSD on 08/13/2002    Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Maria Longoria and Maria Idalia Gutierrez,  Civil Action No. B-01-062
Individually and on behalf of the Estate of
Juan Longoria, Deceased

v.

Cameron County, Texas,   Jury Demanded
The City of Brownsville, Texas
and John Does 1-10

### ORDER ON
### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

On this the _13_ day of _August_, 2002, came on to be heard the PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL. The Court after considering said Motion, is of the opinion that same should be granted. It is therefore,

ORDERED that attorney Michael R. Cowen, Federal ID No. 19967, Texas State Bar No. 00795306, is allowed to withdrawal as attorney of record for the Plaintiffs.

It is further ORDERED that attorney Alfred R. Valdez is substituted as attorney of record for the Plaintiffs; his State of Texas Bar Number is 20426200, Federal ID Number is 6389; the mailing address and phone numbers of Alfred R. Valdez are as follows:

Law Offices of Alfred R. Valdez
6300 Hillcroft, Suite 200
Houston, Tx 77081

phone number: (713) 271-0719
fax number: (713) 270-8134

*The substitution will not be a basis for any change in deadlines already set.*

Signed on the _13_ day of _August_, 2002.

_____
Judge Presiding

COPIES TO:

Ms. Eileen Leeds
Willette, Guerra & Trevino, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx 78521

ph: (956) 541-1846
fax: (956) 541-1893

Attorney for Defendant - City of Brownsville


Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

ph: (956) 428-7495
fax: (956) 428 2954

Attorneys for Defendant - Cameron County, Texas


Mr. Ricardo J. Navarro
Denton & Navarro, P.C.
222 East Van Buren, Suite 405
Harlingen, Tx 78550

ph: (956) 421-4904
fax: (956) 421-3621

Attorney for Xavier Lee Hernandez


Mr. Alfred R. Valdez
6300 Hillcroft, Suite 200
Houston, Tx 77081

phone number: (713) 271-0719
fax number: (713) 270-8134

Attorney for the Plaintiffs