IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA LONGORIA, ET. AL., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-062 |
| | § | |
| CAMERON COUNTY, TEXAS, ET. AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September ___6___, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Monday, September 9, 2002.

DONE at Brownsville, Texas, this ___6th___ day of September 2002.

_____
Hilda G. Tagle
United States District Judge