*40*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**SEP 0 6 2002**

Michael N. Milby
Clerk of Court

MARIA LONGORIA, and MARIA IDALIA   :
GUTIERREZ, Individually and on behalf   :
of the Estate of JUAN LONGORIA,   :
Deceased   :
    :
    :
VS.   :       CIVIL ACTION NO. B-01-062
    :                  **(JURY DEMANDED)**
    :
CAMERON COUNTY, TEXAS, THE   :
CITY OF BROWNSVILLE, TEXAS   :
XAVIER LEE HERNANDEZ, and   :
JOHN DOES 1-10   :

---

**(UNOPPOSED) MOTION FILED BY DEFENDANT,**
**CAMERON COUNTY, TEXAS REQUESTING LEAVE**
**REGARDING THE APPEARANCE OF COUNSEL**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Movant one of the Defendants, CAMERON COUNTY, TEXAS, filing this motion entitled *"(Unopposed) Motion Filed by Defendant, Cameron County, Texas Requesting Leave Regarding the Appearance of Counsel"* respectfully showing the Honorable Court as follows:

**I.**

The Court has scheduled a status conference in this cause to commence at 2:30 p.m. on Tuesday, September 10, 2002. Movant's lead counsel, Craig H. Vittitoe, has a conflict for that time and date.   In particular, Mr. Vittitoe is scheduled to attend a final pre-trial conference that is scheduled for the same date and time in the McAllen Division of the United States District Court in Civil Action number M-01-207, styled *"Lehmkuhl, et ux vs. Logan's Roadhouse, Inc., et al"*.

## II.

Local Rule 4A requires the appearance of the attorney in charge at all hearings or conferences. The rule further provides that upon motion showing good cause, that the court may allow the substitution of counsel so long as substituted counsel is familiar with the cause and has authority to bind the client.

## III.

Roger W. Hughes is a partner of Mr. Vittitoe's and the law firm, Adams & Graham, L.L.P. Mr. Hughes is shown on the pleadings as additional counsel of record in this cause. Additionally, Mr. Hughes has appeared at prior hearing(s) in this cause. In addition to Mr. Vittitoe, Mr. Hughes is familiar with the cause and has authority to bind the client.

## IV.

Movant respectfully requests that Roger W. Hughes be granted permission of the court to appear on behalf of Movant at the Scheduling Conference set for 2:30 p.m. on Tuesday, September 10, 2002. Additionally, Movant further requests that either Craig H. Vittitoe or Roger W. Hughes be permitted in the future to appear in this cause as lead counsel (attorney in charge) on behalf of the Movant without the necessity of securing further leave of court.

*WHEREFORE, PREMISES CONSIDERED*, Movant prays that the Court grant appropriate leave; and, for such and further relief that Movant may be lawfully entitled.

## Certificate of Conference

Movant has conferred with counsel of record and there is no opposition to this motion.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900
ATTORNEYS FOR DEFENDANT,
CAMERON COUNTY, TEXAS

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record, on this the __6__ day of September, 2002:

Mr. Alfred R. Valdez          **VIA FAX DELIVERY 713/270-8134**
*Attorney and Counselor at Law*
6300 Hillcroft, Suite 200
Houston, TX 77081

Ms. Eileen Leeds             **VIA FAX DELIVERY 956/541-1893**
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

Mr. Ricardo J. Navarro        **VIA FAX DELIVERY 956/421-3621**
Mr. Brad Shields
**DENTON AND NAVARRO, P.C.**
222 East Van Buren, Suite 405
Harlingen, TX 78550

_____
Craig H. Vittitoe