*41*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**SEP 0 9 2002**

Michael N. Milby
Clerk of Court

MARIA LONGORIA, and MARIA IDALIA : 
GUTIERREZ, Individually and on behalf : 
of the Estate of JUAN LONGORIA, : 
Deceased :
:
VS. :
:
CAMERON COUNTY, TEXAS, THE :
CITY OF BROWNSVILLE, TEXAS :
XAVIER LEE HERNANDEZ, and :
JOHN DOES 1-10 :

CIVIL ACTION NO. B-01-062
**(JURY DEMANDED)**

---

**JOINT REPORT OF MEETING**
**AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**
**UNDER RULE 26(f)**
**FEDERAL RULES OF CIVIL PROCEDURE**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **MARIA LONGORIA AND MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased**, Plaintiffs and Defendants, **CAMERON COUNTY, TEXAS, and THE CITY OF BROWNSVILLE, TEXAS**, by and through their respective counsel of record, and submit the following report of their meeting, pursuant to FED. R.CIV. P. 26(f):

1.   State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**The meeting was held (telephonically) on September 6, 2002. All parties participated by their respective counsel as follows:**

**Alfred Valdez, 6300 Hillcroft, Suite 200, Houston, Texas 77081; phone 713/271-0719; fax 713/270-8134, State Bar No. 20426200; Federal Bar No. 6389, participated on behalf of the Plaintiffs, Maria Longoria and Maria Idalia Gutierrez, individually and on behalf of the Estate of Juan Longoria, Deceased.**

**Craig H. Vittitoe, P.O. Drawer 1429, Harlingen, Texas 78551-1429, phone 956/428-7495; fax 956/428-2954, State Bar No. 20593900; Federal Bar No. 18756 participated on behalf of Defendant, Cameron County, Texas.**

**Eileen Leeds, International Plaza, Suite 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521, phone 956/541-1846; fax 956/541-1893, State Bar No. 00791093; Federal Bar No. 16799 participated on behalf of Defendant, The City of Brownsville, Texas.**

2.  List the cases related to this one that are pending in any state or federal court, with the case number and court.

    **None.**

3.  Specify the allegation of federal jurisdiction.

    **Federal Question jurisdiction 42 U.S.C. § 1983.**

4.  Name the parties who disagree and the reasons.

    **None.**

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    **The Plaintiffs propose immediately undertaking necessary steps to serve Co-Defendant, Xavier Lee Hernandez. Further, the Plaintiffs propose identifying all "John Does 1-10" in the immediate future and having them served with citation on or before March 28, 2003.**

6.  List anticipated interventions.

    **None.**

7.  Describe class action issues.

    **None.**

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    **Yes.**

9.  Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

    **None.**

    B.  When and to whom the Plaintiff(s) anticipate they may send interrogatories.

    **The present parties have exchanged written discovery, including interrogatories. The Plaintiff proposes propounding interrogatories to Co-Defendant, Xavier Lee Hernandez, and the "John Does 1-10" on or before April 28, 2003.**

    C.  When and to whom the Defendants anticipate they may send interrogatories.

    **The present parties have exchanged written discovery, including Interrogatories. Assuming additional parties are joined in this litigation, Defendants propose propounding Interrogatories to these parties on or before April 28, 2003.**

D.    Of whom and by when the Plaintiffs anticipate taking oral depositions.

**The Plaintiffs propose deposing fact witnesses commencing within 30-45 days.**

E.    Of whom and by when the Defendants anticipate taking oral depositions.

**The deposition of Plaintiff, Maria Longoria, the deceased's surviving mother, is presently scheduled for 4:30 p.m. on Tuesday, September 10, 2002.**

**Facts witnesses will be scheduled for deposition within the next 30-45 days.**

F.    List expert depositions the Plaintiffs anticipate taking and their anticipated completion date.  See Rule 26(a)(2)(B) (Expert Report).

**The Plaintiffs propose to depose Defendants' expert witnesses on or before May 30, 2003.**

G.    List expert depositions the Defendants anticipate taking and their anticipated completion date. See Rule 26(a)(2)(B) (Expert Report).

**The Defendants propose deposing the Plaintiffs' (and any Co-Defendants')  expert witnesses on or before July 30, 2003.**

10.    If the parties are not agreed on a date of the discovery plan, describe the separate views and proposals of each party.

**N/A**

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**The present parties have exchanged paper discovery, including Interrogatories.**

12.    State the date the planned discovery can reasonably be completed.

**September 30, 2003.**

13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties are unopposed to mediating this matter before a competent mediator after completion of discovery.**

14.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have discussed possible mediation of this matter.**

15.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**The parties have discussed possible mediation of this matter.**

16.    Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**Opposed.**

17.   State whether a jury demand has been made and if it was made on time.

   **Yes, a demand was timely made for a jury trial.**

18.   Specify the number of hours it will take to present the evidence in this case.

   **40 to 60 hours.**

19.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   **Plaintiffs' Unopposed Motion for Continuance**

20.   List other motions pending.

   **None.**

21.   Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   **None.**

22.    List the names, bar number, addresses and telephone number of all counsel.

Plaintiffs' attorney:                          Alfred R. Valdez
                                               State Bar No. 20426200
                                               Fed. ID No. 6389
                                               6300 Hillcroft, Suite 200
                                               Houston, Texas 77081
                                               Phone (713) 271-0719
                                               Fax  (713) 270-8134

Defendants' attorneys:                         Craig H. Vittitoe
                                               State Bar No. 2059300
                                               Fed. ID No. 18756
                                               Roger W. Hughes
                                               State Bar No. 10229500
                                               Fed. ID No. 5950
                                               ADAMS & GRAHAM, L.L.P.
                                               222 East Van Buren, West Tower
                                               P. O. Drawer 1429
                                               Harlingen, TX  78551-1429
                                               Phone (956) 428-7495
                                               Fax  (956) 428-2954
                                               *Attorneys for Cameron County, Texas*

                                               Eileen Leeds
                                               State Bar No. 00791093
                                               Fed. ID No. 16799
                                               WILLETTE & GUERRA, L.L.P.
                                               International Plaza, Suite 460
                                               3505 Boca Chica Boulevard
                                               Brownsville, TX 78521
                                               Phone (956) 541-1846
                                               Fax  (956) 541-1893
                                               *Attorney for The City of Brownsville, Texas*

*Respectfully submitted,*

By: /S/ ~~See "PAP"~~

ALFRED VALDEZ
**ALFRED VALDEZ**
State Bar No. 20426200
Fed. I.D. No. 6389

ATTORNEY IN CHARGE FOR
PLAINTIFFS

By: _____

CRAIG H. VITTITOE
**ADAMS & GRAHAM, L.L.P.**
State Bar No. 20593900
Fed. I.D. No. 18756

ATTORNEY IN CHARGE FOR
DEFENDANT, CAMERON COUNTY, TEXAS

By: _____  See "PAP" signature attached.

EILEEN M. LEEDS
**WILLETTE & GUERRA, L.L.P.**
State Bar No. 00791093
Fed. I.D. No. 16799

ATTORNEY IN CHARGE FOR
DEFENDANT, THE CITY OF BROWNSVILLE, TEXAS

*Respectfully submitted,*

By: _A. R. Valdez_
ALFRED VALDEZ
**ALFRED VALDEZ**
State Bar No. 20426200
Fed. I.D. No. 6389

ATTORNEY IN CHARGE FOR
PLAINTIFFS

By: _____
CRAIG H. VITTITOE
**ADAMS & GRAHAM, L.L.P.**
State Bar No. 20593900
Fed. I.D. No. 18756

ATTORNEY IN CHARGE FOR
DEFENDANT, CAMERON COUNTY, TEXAS

By: _____
EILEEN M. LEEDS
**WILLETTE & GUERRA, L.L.P.**
State Bar No. 00791093
Fed. I.D. No. 16799

ATTORNEY IN CHARGE FOR
DEFENDANT, THE CITY OF BROWNSVILLE, TEXAS

*Respectfully submitted,*

By: _____
  ALFRED VALDEZ
  **ALFRED VALDEZ**
  State Bar No. 20426200
  Fed. I.D. No. 6389

ATTORNEY IN CHARGE FOR
PLAINTIFFS

By: _____
  CRAIG H. VITTITOE
  **ADAMS & GRAHAM, L.L.P.**
  State Bar No. 20593900
  Fed. I.D. No. 18756

ATTORNEY IN CHARGE FOR
DEFENDANT, CAMERON COUNTY, TEXAS

By: _____
  EILEEN M. LEEDS
  **WILLETTE & GUERRA, L.L.P.**
  State Bar No. 00791093
  Fed. I.D. No. 16799

ATTORNEY IN CHARGE FOR
DEFENDANT, THE CITY OF BROWNSVILLE, TEXAS