43

# Civil Courtroom Minutes

| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Lehrman |

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby, Clerk of Court

| DATE | 09 | 10 | 02 |
|---|---|---|---|

| TIME | | a.m. | | a.m. |
|---|---|---|---|---|
| | 2:30 | p.m. | 2:40 | p.m. |

| CIVIL ACTION | B | 01 | 62 |
|---|---|---|---|

| STYLE | Longoria |
|---|---|
| | *versus* |
| | Cameron County |

DOCKET ENTRY

(HGT)   ■ IPTC;        (Rptr.   Breck Record   )

| Alfred Valdez | for | ■ Pltf |
|---|---|---|
| Roger Hughes | for | ☐ Ptf. #_____ ■ Deft. Cameron County |
| Eileen Leeds | for | ☐ Ptf. #_____ ■ Deft. City of Brownsville |

■      Scheduling Order to be entered

■      Comments:

1.  Defendant Cameron County's Unopposed Motion for Roger Hughes to substitute in place of Craig Vittitoe [Dkt. No. 40] is GRANTED.

2.  Plaintiff's Unopposed Motion for Continuance of Docket Call and Pretrial Conference [Dkt. No. 42] is GRANTED.

3.  Plaintiff's counsel stated that certain individual defendants will be named and served in the near future.

4.  The parties agreed that Mediation within the next 60 days is possible.  The Court advised the parties to consider Judge Recio as a potential mediator.