| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Maria Longoria et al §
§
versus § CIVIL ACTION B- 01-062
§
Cameron County, Texas, §
The City of Brownsville, §
et al.

Scheduling Order

United States District Court
Southern District of Texas
ENTERED

SEP 19 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: 5-6 days.     ☐ Bench   ☒ Jury

2. New parties must be joined by:     Jan. 31, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     May 30, 2003

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.     July 30, 2003

5. Discovery must be completed by:     Sept. 30, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**********************************The Court will provide these dates**********************************

6. Dispositive Motions will be filed by:     10/30/03

7. Joint pretrial order is due:     12/22/03
   *(The plaintiff is responsible for filing the pretrial order on time.)*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     1/8/04

9. Jury Selection is set for 9:00 a.m. on:     1/12/04
   *(The case will remain on standby until tried.)*

Signed  September 19 , 2002, at Brownsville, Texas.

A. R. Valley — PLT.
Eileen Leeds City Brownsville
Roger _____ Cameron County

Hilda G. Tagle
United States District Judge