Case 1:01-cv-00062   Document 49   Filed in TXSD on 12/19/2002   Page 1 of 3

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Maria Longoria and Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria, Deceased | Civil Action No. B-01-062 |
| v. | |
| Cameron County, Texas, The City of Brownsville, Texas and John Does 1-10 | Jury Demanded |

NOTICE OF INTENT TO TAKE THE ORAL
DEPOSITIONS OF
CITY OF BROWNSVILLE EMPLOYEES

To:

CITY OF BROWNSVILLE, TEXAS by and through its attorney of record Ms. Eileen Leeds, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd. Brownsville, Texas 78521; fax: (956) 541-1893

CAMERON COUNTY, TEXAS by and through its attorney of record Mr. Craig Vittitoe, Adams & Graham, L.L.P., P.O. Box Drawer 1429, 222 East Van Buren, West Tower, Harlingen, Texas 78551-1429; fax: (956) 428-2954.

Please take notice that within a reasonable time after service of a copy hereof, the Plaintiffs will take the oral depositions of the individuals listed below. Said DEPOSITIONS will be used as evidence at the trial in the above entitled and numbered cause. Said DEPOSITIONS will take place at the following date, time and location:

LOCATION: All of the depositions will be taken at the offices of Ms. Eileen Leeds, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd. Brownsville, Texas 78521.

PER AGREEMENT OF THE PARTIES, said witnesses will be produced by the City of

Brownsville, Texas, if the witnesses are still employed with the City of Brownsville, Texas. Therefore, a subpoena will not be necessary for the witnesses.

**PER AGREEMENT OF THE PARTIES**, a court reporter will be provided by attorney Ms. Eileen Leeds, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Blvd. Brownsville, Texas 78521. Each party, of course, will pay their own respective cost for the services of the court reporter unless and until it is agreed or ordered otherwise.

1. **City of Brownsville expert witness Albert Rodriguez**
DATE: Friday, 20 December 2002
TIME: 8:30 a.m.

2. **City of Brownsville Police Department Officer Mark Cheramie**
DATE: Friday, 20 December 2002
TIME: 11:00 a.m.

**30 minute working Lunch**

3. **City of Brownsville Police Department Officer Falcon Rivera**
DATE: Friday, 20 December 2002
TIME: 1:00 p.m.

4. **City of Brownsville Police Department officer Jose "Joe" Salinas.**
DATE: Friday, 20 December 2002
TIME: 2:30 p.m.

5. **City of Brownsville Police Department Lieutenant Henry Etheridge**
DATE: Friday, 20 December 2002
TIME: 4:00 p.m.

You are hereby invited to attend these DEPOSITIONS.

Respectfully submitted,

_____
Alfred R. Valdez
SBN: 20426200
Federal I.D. 6389
6300 Hillcroft, Suite 200
Houston, Texas 77081

(713) 271-0719
(713) 270-8134 Telefax
ATTORNEY FOR THE PLAINTIFFS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered to all counsel of record via certified mail, return receipt requested, hand delivery, and/or by telefax on this the __18__ day of __DECEMBER__, 2002.

_____
Alfred R. Valdez

cc:

Ms. Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx 78521

ph: (956) 541-1846
fax: (956) 541-1893

Attorney for Defendant - City of Brownsville


Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

ph: (956) 428-7495
fax: (956) 428 2954

Attorneys for Defendant - Cameron County, Texas


Mr. Ricardo J. Navarro
Denton & Navarro, P.C.
222 East Van Buren, Suite 405
Harlingen, Tx 78550

ph: (956) 421-4904
fax: (956) 421-3621

Attorney for Xavier Lee Hernandez