IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA LONGORIA, ET AL.,<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-062 |
| CAMERON COUNTY, TEXAS, ET. AL.,<br>Defendants. | § § § § | |

## ORDER

BE IT REMEMBERED that on January 13, 2003, the Court **GRANTED** Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. No. 46]. Under Federal Rule of Civil Procedure 15(a), leave to file an amended complaint "shall be freely given [by the Court] when justice so requires." Although Plaintiffs' Motion indicates that Defendant City of Brownsville opposes this motion, the City has not responded to Plaintiffs' motion within the prescribed time, January 8, 2003. The City, therefore, has not demonstrated that prejudice, bad faith, or undue delay would result should the Court grant Plaintiffs' motion. See Foman v. Davis, 371 U.S. 178, 182 (1962). Indeed, the federal rules permit such amendments so that the Court may determine claims on the merits and prevent litigation from becoming hyper technical. See Dussouy v. Gulf Coast Inv. Corp., 660 F.2d 594, 598 (5th Cir. 1981).

In this case, Plaintiffs wish to amend their complaint because certain discovery has unearthed other alleged civil rights violations as well as an additional cause of action under the Texas Tort Claims Act. See Plaintiffs' Motion for Leave to File Second Amended Complaint [Dkt. No. 46]. Pursuant to the Court's scheduling order, new parties must be added by January 31, 2003, and discovery must be completed by September 30, 2003. See Court's Scheduling Order [Dkt. No. 44]. Plaintiffs' motion was filed several days after Defendant City of Brownsville filed its Motion for Summary Judgment. See Dkt. No. 42. Nevertheless, due to the early filing of this Motion for Summary Judgement –long before the completion of discovery, and the fact that the

City may supplement its Motion for Summary Judgment, if necessary, to address Plaintiffs' additional claims, the Court finds the Defendants will not be prejudiced by Plaintiffs' amendments.  Plaintiffs' motion is therefore **GRANTED**.

DONE this 13th day of January, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge