1IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

## DEFENDANT THE CITY OF BROWNSVILLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT CITY OF BROWNSVILLE'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **THE CITY OF BROWNSVILLE, TEXAS**, one of the named Defendants in the above-styled and numbered cause, and files this its Opposition to Plaintiff's Motion for Extension of Time to File Response to Defendant City of Brownsville's Motion for Summary Judgment and in support thereof, would respectfully show unto the court as follows:

**I.**

Plaintiffs filed suit on April 25, 2001 claiming the death of Juan Longoria was caused either by employees of Cameron County or employees of the City of Brownsville. Plaintiffs also bring state law claims of false arrest and negligence against the City. Defendant City of Brownsville filed its Motion for Summary Judgment on December 4, 2002.

**II.**

On December 20, 2002, Plaintiffs filed their Motion for Continuance and Extension of Time to File Response to Defendant City of Brownsville's Motion for Summary Judgment. Therein,

Plaintiffs requested that Defendant's Motion for Summary Judgment not be heard until the deadline for filing dispositive motions, October 30, 2003.

## III.

It would be unduly burdensome for Defendant City of Brownsville to be retained in a case in which the evidence does not reveal any liability for said defendant. It appears that this requested continuance is sought only for purposes of delay, to the detriment of this Defendant, inasmuch the competent evidence gathered during the one year and eight months since decedent's death reveals that the City took no action to injure Plaintiff or violate his rights.

## IV.

Defendant the City of Brownsville would respectfully request this Honorable Court set Defendant's Motion for Summary Judgment for hearing at its earliest convenience.

## V.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Brownsville requests this court deny Plaintiff's Motion for Continuance, set Defendant's Motion for Summary Judgment for hearing at the court's earliest convenience, grant summary judgment in favor of this Defendant on all claims asserted by Plaintiffs, that Plaintiffs take nothing by this suit, that all taxable costs of court be taxed against Plaintiffs, and for all other relief to which this defendant may be justly entitled.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893


By: _____

Eileen M. Leeds
State Bar No. 00791093
Fed ID. No. 16799
Attorney in charge

Amy Lawler Gonzales
State Bar No. 24029579
USDC Adm. No. 28489

**Attorneys for City of Brownsville**

## CERTIFICATE OF SERVICE

I hereby certify that on this the _21ˢᵗ_ day of January, 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002-2410-0000-9606-6045**
Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
6300 Hillcroft, Suite 200
Houston, TX 77081
*Plaintiff's attorney*

**VIA REGULAR MAIL**
Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
*Attorney for Defendant Cameron County*

Eileen M. Leeds

## CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with all counsel of record regarding this motion and they have indicated that they are opposed to said motion.

_____
Eileen M. Leeds   w/p atty

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT THE CITY OF BROWNSVILLE'S MOTION FOR SUMMARY JUDGMENT

Be it remembered on the _____ day of _____, 2003, came on to be heard Plaintiff's Motion for Extension of Time to File Response to Defendant the City of Brownsville's Motion for Summary Judgment and the court after considering said motion determines that it should in all things be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant the City of Brownsville's Motion for Summary Judgment is set for hearing on _____ , 2003. Plaintiff's response to said motion is due on _____, 2003.

All relief requested and not expressly granted is hereby denied.

ENTERED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

xc:
Eileen M Leeds, Willette & Guerra, L.L.P., International Plaza, Ste. 460, 3505 Boca Chica Blvd., Brownsville, TX 78521
Roger Hughes; Law Office of Adams & Graham; P.O. Drawer 1429;Harlingen, TX 78551
Alfred R. Valdez, Law Office of Alfred R. Valdez, 6300 Hillcroft, Suite 200, Houston, TX 77081