

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § | |

## OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

NOW COMES **THE CITY OF BROWNSVILLE, TEXAS**, one of the named Defendants in the above-styled and numbered cause, and files this its Motion to Dismiss and in support thereof, would respectfully show unto the court as follows:

### I.

On December 20, 2002 the Plaintiff's filed their Motion for Leave to file Plaintiffs' Second Amended Complaint and said motion was granted January 13, 2003. Defendant City of Brownsville has a pending Motion to Dismiss regarding the allegations made in that Plaintiffs' Second Amended Complaint, which would be dispositive of almost every state tort claim made in that Complaint. Plaintiffs are now filing a Motion for Leave to file Plaintiffs' Third Amended Original Complaint, in which they purport to add as Defendants to this lawsuit, Ben Reyna, the former Chief of Police

and Eliborio Rios, who was the Jail Administrator at the Brownsville Police Department during the period of time made the incident of this lawsuit. Plaintiffs have merely repeated most of the claims made in their Second Amended Complaint, trying to attach the liability to these two new Defendants.

Both Mr. Reyna and Mr. Rios could only be sued in their official capacities given the nature of this case. A suit against the individual in his official capacity is equivalent to a suit against the entity itself. *DeWitt v. Harris County*, 904 S.W.2d 650, 653 (Tex. 1995); *City of Hempstead v. KMIEC*, 902 S.W.2d 118, 122 (Tex. App. - Houston 1st District 1995, no writ). Therefore, it would serve no purpose to add these individual's name to this lawsuit. The Plaintiffs have already sued the entity, City of Brownsville. Suing the individuals at this point adds no value, no merit and no substance to this case. It is nothing more than harassment.

Not only are adding the individuals a waste of time and money on everyone's part, but the claims which are purported to be added so as to include these individuals have already been asserted as against the City of Brownsville. The Plaintiffs gain no headway by including these individual. Furthermore, under the facts of this case, there is no scenario under which there could be individual liability of either of these persons such that they could be sued in their individual capacity.

WHEREFORE, PREMISES CONSIDERED, Defendant the City of Brownsville prays that the Court deny Plaintiff's Motion for Leave to File Plaintiffs' Third Amended Original Complaint and that court set a hearing on Defendant, the City of Brownsville's Motion to Dismiss, that this Defendant recover all costs incurred herein, and that this Defendant have such other and further relief, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds*
Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799
Attorney in Charge

Amy Lawler Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February 2003, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CM/RRR # 7002 0460 0000 6635 1653**
Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
7520 Hillcroft
Houston, TX 77081
*Plaintiff's attorney*

**VIA REGULAR MAIL**
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
*Attorney for Defendant Cameron County*

*Eileen Leeds*
Eileen M. Leeds