Case 1:01-cv-00062   Document 56   Filed in TXSD on 02/07/2003   Page 1 of 4



United States Courts
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } } | CIVIL ACTION NO. B-01-062 |
| VS. | } } } | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } } } | JURY DEMANDED |

### PLAINTIFFS' RESPONSE TO DEFENDANT THE CITY OF BROWNSVILLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONTINUANCE AND EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT CITY OF BROWNSVILLE, TEXAS' MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Plaintiffs responding to the City of Brownsville's opposition to Plaintiffs' Motion for Continuance and Extension of Time to File Response to Defendant City of Brownsville, Texas' Motion for Summary Judgment, and in support thereof would respectfully show unto the Court as follows:

1. The Plaintiffs are requesting that the City of Brownsville's Motion for Summary Judgment not be heard until the deadline for filing dispositive motions of October 30, 2003.

2. The Plaintiffs are requesting such a deadline because the witness list in this case is extensive and includes the taking of depositions of at least another 8 to 10 individuals. The parties are hoping to take the deposition of one of the City of Brownsville's expert witnesses in mid February of 2003. Additionally, the Plaintiffs have requested leave to bring two doctors into this lawsuit along with the former Chief of Police for the City of Brownsville. In looking at the medical records of the deceased Juan Longoria, police officers with the City of Brownsville had direct contact with these doctors. Consequently, the Plaintiffs are interested

1

as to what was exactly stated to these police officers concerning the doctor's orders of keeping Juan Longoria under close observation. We are attaching as Exhibit "A" ~~are~~ a true and accurate copy of the doctor's order which was tendered to the City of Brownsville Police Department. Since the doctors involved in treating the deceased Juan Longoria are potential parties to this litigation, it will be difficult to arrange the taking of their depositions within the next 60 days because Plaintiffs believe that the doctors, through their counsel, will want an opportunity to review deposition testimony and to also file a written answer to this lawsuit before the doctors' depositions are taken.

3. Given the complexity of this litigation, the Plaintiffs believe that the hearing of the City of Brownsville's Motion for Summary Judgment on or after 30 October 2003, is reasonable and is not unduly burdensome to the City of Brownsville. The Plaintiffs are not seeking additional time merely for delay purposes; the Plaintiffs are requesting additional time in order to take the testimony of fact witnesses.

4. Wherefore, premises considered, the Plaintiffs request the Court HEAR ~~here~~ the City of Brownsville's Motion for Summary Judgment on or after 30 October 2003.

Respectfully submitted,

By: _A. R. Valdez_
Alfred R. Valdez
Federal ID 6389
State Bar No. 20426200
7520 Hillcroft
Houston, Texas 77081
(713) 271-0719
(713) 270-8134 fax
Attorney for the Plaintiffs

2

## Certificate of Service

I certify that a true copy of the above was served on the opposing party in accordance with the Federal Rules of Civil Procedure on 7 FEBRUARY 2003.

_____
Alfred R. Valdez

**Brownsville Medical Center**
1040 W. Jefferson, Brownsville, Texas 78520
Phone (956) 544-1400

NAME _____ AGE _____

ADDRESS _____ DATE _____

℞ May return to jail but should be kept under close observation

Refill _____ times

Directions in Spanish _____

PRODUCT SELECTION PERMITTED     DISPENSE AS WRITTEN

ADDRESS _____ DEA # _____

PHONE _____ Date _____

☐ I request that this prescription not be dispensed in a Child Resistant Container

BC023912 (11/00)    Signature _____