United States Courts
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } } | CIVIL ACTION NO. B-01-062 |
| VS. | } } | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } } } | JURY DEMANDED |

### CERTIFICATE OF CONFERENCE
### ON
### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### *PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiffs informing the Court as to the position of the opposing parties concerning Plaintiffs' Motion for Leave to file their Third Amended Original Complaint.

1.  The Plaintiffs' Motion for Leave and the Third Amended Original Complaint was submitted to the Court for consideration on 31 January 2003.

2.  The City of Brownsville opposes the motion to the extent of allowing the Plaintiffs to expand their allegations against the City of Brownsville. Additionally, the City of Brownsville also opposes the motion for leave to the extent of allowing the Plaintiffs to bring in additional parties who were employed with the City of Brownsville at the time of the incident that is the subject matter of this lawsuit.

3.  As to the Defendant Cameron County, Texas, in speaking with its counsel on Wednesday, 5 February 2003, the attorney for Cameron County indicated that he needed to meet with his client in order to see what the position of this Defendant would be concerning Plaintiffs' motion

for leave. Consequently, at the present time, the Plaintiffs are informing the Court that Cameron County, Texas also opposes Plaintiffs' Motion for Leave to file their Third Amended Original Complaint.

Respectfully submitted,

By: _A. R. Valdez_
Alfred R. Valdez
Federal ID 6389
State Bar No. 20426200
7520 Hillcroft
Houston, Texas 77081
(713) 271-0719
(713) 270-8134 fax
Attorney for the Plaintiffs

## Certificate of Service

I certify that a true copy of the above was served on the opposing party in accordance with the Federal Rules of Civil Procedure on  7 FEBRUARY 2003 .

_A. R. Valdez_
Alfred R. Valdez