

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
MAY 29 2003
Michael N. Milby, Clerk

Maria Longoria and Maria Idalia Gutierrez,         Civil Action No. B-01-062
Individually and on behalf of the Estate of
Juan Longoria, Deceased

v.

Cameron County, Texas,         Jury Demanded
The City of Brownsville, Texas
and John Does 1-10

## Plaintiffs' Designation of Expert Witnesses

To the Honorable Judge of said Court:

    COMES NOW the Plaintiffs in the above entitled and numbered cause and file this their Designation of Expert Witnesses as noted below:

### 1.
### Expert Witness Designation

(A)    Alfred R. Valdez; Attorney at Law; Lin & Valdez, L.L.P., 7400 Harwin, Suite 320, Houston, Texas 77036; (713) 339-4200; fax (713) 339-4299; he will testify as to attorneys' fees in this matter. Alfred Valdez will testify as to the reasonableness and necessity of attorneys' fees of the Plaintiffs. His opinions are based upon his knowledge of the work done by the attorneys, and on the factors listed in the Texas Disciplinary Rules of Professional conduct. Resume is attached.

(B)    Barry S. Burger; Attorney at Law; of counsel with Lin & Valdez, L.L.P., 7400 Harwin, Suite 320, Houston, Texas 77036; (713) 339-4200; fax (713) 339-4299; he will testify as to attorneys' fees in this matter. Barry S. Burger will testify as to the reasonableness and necessity of attorneys' fees of the Plaintiffs. His opinions are based upon his knowledge of the work done by the attorneys, and on the factors listed in the Texas Disciplinary Rules of Professional conduct. Resume is attached.

(C)    Harvey Resnick, M.D., 201 Oak Drive South, Suite 107, Lake Jackson, Texas 77566; (979) 297-0028, (979) 297-0504 Fax; this doctor will provide testimony concerning his review

of the emergency room and autopsy records as well as witness statements of individuals with the City of Brownsville Police Department and the Cameron County jail. Dr. Resnick will provide testimony as to what he believes Juan Longoria was suffering from based upon the symptoms that Juan Longoria was presenting during the 2 day time period prior to his death. Doctor Resnick believes that Juan Longoria's symptoms reflected a man suffering delirium tremens and/or hepatic encephalopathy. Dr. Resnick will discuss the treatment plan for such illnesses and the percentage chance of survival given proper treatment. See attached resume and report.

(D) Dr. Alvin W. Cohn, 15005 Westbury Road, Rockville, Maryland 20853; telephone -- (301) 929-3224, fax-- (301) 929-1828; Alvin Cohn is a corrections expert who has rendered an opinion concerning the conduct of City of Brownsville, Texas and Cameron County, Texas personnel as that conduct pertains to Juan Longoria and the incident that is the basis of this lawsuit. See attached resume and report.

(E) Any and all expert witnesses designated by any other parties to this lawsuit.

(F) Ian Richardson, M.D.; Beth Israel Medical Center, 3201 Kings Highway, Brooklyn, New York; emergency room doctor who saw Juan Longoria on or about April 10, 2001 and then on April 12, 2001. Dr. Richardson is a fact witness as well as an expert witness. The doctor will testify as to what he observed concerning Juan Longoria as well as his diagnosis. Dr. Richardson will also be asked to render an opinion as to what he believes is the cause of death of Juan Longoria. Additionally, Dr. Richardson will be asked to render an opinion as to what he believes Juan Longoria was suffering from based upon the symptoms that Juan Longoria was presenting during the 2 day time period prior to his death. The Plaintiffs do not have a report from this doctor. However, the Plaintiffs have attached the medical records from the Brownsville Medical Center.

(G) Dr. Lawrence Dahm, M.D., medical examiner/pathologist for Cameron County, Texas; Valley Baptist Medical Center, Department of Pathology, P.O. Box Drawer 2588, Harlingen, Texas, 78551-2588; telephone -- (956) 389-1921, fax -- (956) 389-1173; Dr. Dahm performed

the autopsy on Juan Longoria. Dr. Dahm is a fact witness as well as an expert witness. Dr. Dahm will be asked to render an opinion as to what he believes is the cause of death of Juan Longoria. Additionally, Dr. Dahm will be asked to render an opinion as to what he believes Juan Longoria was suffering from based upon the symptoms that Juan Longoria was presenting during the 2 day time period prior to his death. The Plaintiffs have attached the medical records and autopsy report which were reviewed by Dr. Dahm.

(H)   Dr. Vincent J. M. DiMaio, M.D., Chief Medical Examiner for Bexar County, Texas; Bexar County Forensic Science Center, 7337 Louis Pasteur, San Antonio, Texas 78229-4565; Dr. DiMaio performed the autopsy on Juan Longoria. Dr. DiMaio is a fact witness as well as an expert witness. Dr. DiMaio will be asked to render an opinion as to what he believes is the cause of death of Juan Longoria. Additionally, Dr. DiMaio will be asked to render an opinion as to what he believes Juan Longoria was suffering from based upon the symptoms that Juan Longoria was presenting during the 2 day time period prior to his death.

Respectfully submitted,

*/s/ Alfred R. Valdez*
Alfred R. Valdez
SBN: 20426200
Federal I.D. 6389
7520 Hillcroft
Houston, Texas 77081
(713) 271-0719
(713) 270-8134 Telefax
ATTORNEY FOR THE PLAINTIFFS

*********************************************************

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered to all counsel of record via certified mail, return receipt requested, hand delivery, and/or by telefax on this the 29 day of May, 2003.

*/s/ Alfred R. Valdez*
Alfred R. Valdez

cc:

Ms. Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx 78521

ph:  (956) 541-1846
fax:  (956) 541-1893

Attorney for Defendant - City of Brownsville


Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

ph:  (956) 428-7495
fax: (956) 428 2954

Attorneys for Defendant - Cameron County, Texas


A:\EXPERT.1

4