IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased, Plaintiffs, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-062 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10, Defendants. | § § § § § | |

## DEFENDANT THE CITY OF BROWNSVILLE'S DESIGNATION OF EXPERT WITNESS

TO:   Plaintiffs by and through their attorney of record:

Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
6300 Hillcroft, Suite 200
Houston, TX 77081

NOW COMES Defendant, the City of Brownsville, and files this its expert disclosure under Federal Rule of Civil Procedure 26. Defendant shows the following:

(A)   Identity of persons expected to provide expert testimony:

Commander Albert Rodriguez
Texas Department of Public Safety
11017 Crossland
Austin, Texas 78726

(B)   Documents:

Commander Rodriguez's report and other materials required to be furnished under Federal Rule of Civil Procedure 26 have been previously produced.

Signed on July 30, 2003.

                                          Respectfully submitted,

                                          WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
      Eileen Leeds
      State Bar No. 00791093
      Federal I.D. No. 16799
      Attorney in Charge

Amy Lawler Gonzales
State Bar No. 24029579
Federal I.D. No. 28489

Attorneys for Defendant City of Brownsville

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2003, a true and correct copy of the above and foregoing has been forwarded to all counsel of record as hereinbelow noted:

*Via CMRRR#: 7002-2030-0007-0997-4130*
Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
6300 Hillcroft, Suite 200
Houston, TX 77081
*Plaintiff's attorney*

**VIA REGULAR MAIL**
Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
*Attorney for Defendant Cameron County*

_____
Eileen Leeds