United States Courts
Southern District of Texas
FILED

SEP 3 0 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Maria Longoria and Maria Idalia Gutierrez, § Civil Action No. B-01-062
Individually and on behalf of the Estate of
Juan Longoria, Deceased

v.

Cameron County, Texas, § Jury Demanded
The City of Brownsville, Texas
and John Does 1-10

## PLAINTIFFS' RESPONSE PER RULE 7(a)
### as to
### CITY OF BROWNSVILLE EMPLOYEES
### BEN REYNA and ELIBORIO RIOS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiffs in the above captioned matter filing this their Rule 7(a) response per the Court's Order of 3 September 2003, and will respectfully show the Court the following:

1.      The Court ordered the Plaintiffs to file a Rule 7(a) reply to the defense of qualified immunity as to the City of Brownsville employees Ben Reyna and Eliborio Rios.

2.      The Plaintiffs are informing the Court that the Plaintiffs and the City of Brownsville have resolved their dispute, and said resolution is inclusive of City of Brownsville employees/officials Ben Reyna and Eliborio Rios.

Respectfully submitted,

_____
Alfred R. Valdez
SBN: 20426200
Federal I.D. 6389
7520 Hillcroft

Houston, Texas 77081
(713) 271-0719
(713) 270-8134 Telefax
ATTORNEY FOR THE PLAINTIFFS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered to all counsel of record via certified mail, return receipt requested, hand delivery, and/or by telefax on this the _____ day of _____, 2003.

_____
Alfred R. Valdez

cc:

Ms. Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx 78521

ph: (956) 541-1846
fax: (956) 541-1893

Attorney for Defendant - City of Brownsville


Mr. Roger Hughes
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

ph: (956) 428-7495
fax: (956) 428 2954

Attorneys for Defendant - Cameron County, Texas