United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**

Maria Longoria, and Maria I. Gutierrez, Individually         DIVISION __McAllen__
and on behalf of the Estate of Juan Longoria, Deceased       CIVIL ACTION NO. __01-CV-62__
                              Plaintiff(s)
V.

Cameron County, Texas, The City of Brownsville,
Texas, Xavier Lee Hernandez and John Does 1-10
                              Defendant(s)

ADR METHOD:     Mediation    __X__        Arbitration         _____
                Mini-trial   _____       Summary Jury Trial  _____

TYPE OF CASE: __police brutality__

1. Please check one of the following:
   The case referred to ADR settled ___ or did not settle __X__.

2. My total fee and expenses were: $ __450.00__ per party.

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Ms. Maria Rosario Longoria (Mother)
Ms. Blanca Sanchez (Sister of Deceased)
Ms. Maria Idalia Gutierrez (Daughter)
Mr. Sergio Longoria (Brother of Deceased)
Mr. Rigoberto Sanchez (Brother-in-law of Deceased)
PLAINTIFFS

Mr. Alfred R. Valdez
6300 Hillcroft, Ste. 200
Houston, TX 77081
(713) 271-0719
ATTORNEY FOR PLAINTIFFS

Mr. John Olsen
Cameron County, Texas, Representative
DEFENDANT

Mr. Craig H. Vittitoe
222 E. Van Buren, West Tower
Harlingen, TX 78551
ATTORNEY FOR DEFENDANT

Date: __10-16-03__

ADR PROVIDER
Name: __Israel Ramon, Jr.__
Signature: _____