IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, ET. AL | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-01-062 |
| CAMERON COUNTY, TEXAS, ET. AL | § § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on November 6, 2003, the Court **GRANTED** Plaintiffs' Unopposed Motion for Continuance [Dkt. No. 68]. The Court amends its scheduling order:

| | |
|---|---|
| Discovery completed by: | 2/23/04 |
| Dispositive motions by: | 3/15/04 |
| Joint pretrial order by: | 5/19/04 |
| Docket call and final pretrial conference on: | 6/3/04 at 1:30 p.m. |
| Jury Selection on: | 6/7/04 at 9:00 a.m. |

DONE at Brownsville, Texas, this 6th day of November, 2003.

Hilda G. Tagle
United States District Judge