United States District Court
Southern District of Texas
FILED

DEC 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased,<br>     Plaintiffs, | § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-062<br>(JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10,<br>     Defendants. | § § § § | |

## ANNOUNCEMENT OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT CITY OF BROWNSVILLE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW Plaintiffs Maria Longoria, Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria and Defendant the City of Brownsville and announce that all matters as between them have been settled in full.

**I.**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Maria Longoria, Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria and Defendant the City of Brownsville hereby announce to this Honorable Court that all matters in controversy between them have been settled and compromised in full, with costs to be borne by the party incurring same.

Signed on this _____ day of September 2003.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF ALFRED R. VALDEZ | WILLETTE & GUERRA, L.L.P. |
| 7520 Hillcroft | International Plaza, Suite 460 |
| Houston, TX 77081 | 3505 Boca Chica Boulevard |
| Telephone: (713) 271-0719 | Brownsville, Texas 78521 |
| Facsimile: (713) 270-8134 | Telephone: (956) 541-1846 |
| | Facsimile: (956) 541-1893 |

16 OCTOBER 2003

By: *A. R. Valdez*
Alfred Valdez
State Bar No. 20426200
Federal I.D. No. 6389
Attorney in Charge for Plaintiffs
Maria Longoria, Maria Idalia
Gutierrez, Individually and on behalf
of the Estate of Juan Longoria

DECEMBER 1, 2003

By: *Eileen Leeds*
Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799
Attorney in Charge for Defendant
City of Brownsville

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has on December 1st, 2003, been forwarded to all counsel of record by U.S. Mail as follows:

**CMRRR#:**
Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
7520 Hillcroft
Houston, TX 77081
*Plaintiffs' attorney*

***Via U.S Regular Mail***
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
*Attorney for Defendant Cameron County*

_____
Eileen Leeds