United States District Court
Southern District of Texas
FILED

DEC 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased,<br>    Plaintiffs, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-062<br>(JURY REQUESTED) |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10,<br>    Defendants. | § § § § | |

### JOINT MOTION FOR DISMISSAL OF DEFENDANT CITY OF BROWNSVILLE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW Plaintiffs Maria Longoria, Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria and Defendant the City of Brownsville and file this their Joint Motion for Dismissal and for cause would respectfully show unto the Court the following:

I.

All claims advanced by Plaintiffs against Defendant the City of Brownsville in the above-referenced case has been compromised and settled, as evidenced by the receipt and release fully executed by Plaintiffs.

II.

In light of the above-referenced settlement, Plaintiffs and Defendant City of Brownsville move this Court to dismiss with prejudice all claims filed in this suit against Defendant City of Brownsville pursuant to federal and state law including, but not limited to, all claims under 42

U.S.C. §1983, all claims alleging the violation of Plaintiffs' constitutional and civil rights, all claims for attorney's fees under 42 U.S.C §1998, and all claims brought under Texas Civil Practice & Remedies Code Chapters 71 and 101. All parties further move this court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Maria Longoria, Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria and the Defendant City of Brownsville respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiffs against Defendant City of Brownsville, with all court courts to be borne by the party incurring same.

Signed on this _____ day of September, 2003.

Respectfully submitted,

| LAW OFFICE OF ALFRED R. VALDEZ | WILLETTE & GUERRA, L.L.P. |
|---|---|
| 7520 Hillcroft | International Plaza, Suite 460 |
| Houston, TX 77081 | 3505 Boca Chica Boulevard |
| Telephone: (713) 271-0719 | Brownsville, Texas 78521 |
| Facsimile: (713) 270-8134 | Telephone: (956) 541-1846 |
| | Facsimile: (956) 541-1893 |

16 OCTOBER 2003

By: _____
Alfred Valdez
State Bar No. 20426200
Federal I.D. No. 6389

Attorney in Charge for Plaintiffs
Maria Longoria, Maria Idalia
Gutierrez, Individually and on behalf
of the Estate of Juan Longoria

DECEMBER 1, 2003

By: _____
Eileen Leeds
State Bar No. 00791093
Federal I.D. No. 16799

Attorney in Charge for Defendant
City of Brownsville

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this 1st day of December, 2003, been forwarded to all counsel of record as follows:

*CMRRR#:*
Mr. Alfred R. Valdez
Law Office of Alfred R. Valdez
7520 Hillcroft
Houston, TX 77081
*Plaintiffs' attorney*

**VIA REGULAR MAIL**
Mr. Craig Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
*Attorney for Defendant Cameron County*


_____
Eileen Leeds


## CERTIFICATE OF CONFERENCE

The undersigned contacted counsel for Plaintiffs; he is in agreement with the filing of this motion.

_____
Eileen Leeds