IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA LONGORIA, ET. AL., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-062 |
| § | |
| CAMERON COUNTY, TEXAS, ET. AL., § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

BE IT REMEMBERED that on December 19, 2003, the Court considered the Parties' Joint Motion for Dismissal of Defendant City of Brownsville [Dkt. No. 71]. The Court, having been advised by counsel that a settlement has been reached with Defendant City of Brownsville, dismisses all of Plaintiffs' claims against the City of Brownsville with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 19th day of December 2003.

Hilda G. Tagle
United States District Judge