

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } } | CIVIL ACTION NO. B-01-062 |
| VS. | } } | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } } } | JURY DEMANDED |

### PLAINTIFFS' RESPONSE TO DEFENDANT CAMERON COUNTY, TEXAS' MOTION FOR SUMMARY JUDGMENT

### AFFIDAVIT OF ALFRED R. VALDEZ

On this day, Alfred R. Valdez appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that the facts stated in it are within his personal knowledge and are true and correct. The exhibits attached hereto are true and accurate copies of the discovery that was brought forth in the above captioned matter.

_____
Affiant

Sworn to and subscribed before me by Alfred R. Valdez on April 5th 2004.

_____
Notary Public in and for the State of Texas

SONIA FLORES
Notary Public, State of Texas
My Commission Expires
May 24, 2005