United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } } | CIVIL ACTION NO. B-01-062 |
| VS. | } } | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } } } | JURY DEMANDED |

### PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE

The Plaintiffs request the Court to continue this case for 30 days to allow the Plaintiffs counsel to attend a certification program in Houston, Texas for the entire month of June 2004, to become a school teacher. The Defendant Cameron County, Texas does not oppose Plaintiffs' Motion for Continuance. The Plaintiffs have settled with the City of Brownsville, Texas. The are no other Defendants from which a conference is required.

A. Introduction.

1. Plaintiffs Maria Longoria and Maria Idalia Gutierrez, Individually and on behalf of the Estate of Juan Longoria, deceased, bring this lawsuit against Cameron County, Texas, the City of Brownsville, Texas, and John Does 1-10. This lawsuit arises out of the death of Juan Longoria while in the custody of the Cameron County Sheriff's Department. The Plaintiffs have settled with the City of Brownsville, Texas.

B. Parties.

2.1 Plaintiff Maria Longoria is an individual residing in Cameron County, Texas. She is

1

the mother of Juan Longoria, Deceased.

2.2   Plaintiff Maria Idalia Gutierrez is an individual residing in the state of Florida. She is the daughter of Juan Longoria, deceased. She brings this action both on her own behalf and on behalf of the Estate of Juan Longoria, deceased.

2.3   Defendant Cameron County, Texas is a political subdivision of the State of Texas.

C. Procedural History.

3.1   The Scheduling Order has the following dates:

    a) Discovery completed by 2/23/04.

    b) Dispositive motions by 3/15/04.

    c) Joint pretrial order by 5/19/04

    d) Docket call and final pretrial conference on 6/3/04 at 1:30 p.m.

    d) Jury selection on 6/7/04 at 9:00 a.m.

C.   Requested Relief.

4.   The Plaintiffs' counsel requests that the Court extend for 30 days the dates of the joint pre-trial order, the docket call and final pre-trail conference, and the jury selection; the request is made so that the Plaintiffs' counsel may attend a teacher certification program to become a school teacher; the certification program is scheduled for the entire month of June 2004.

D.   Argument.

5.1   As stated above, the Plaintiffs' counsel is requesting additional time of 30 days from the present trial settings in order to commence his teacher's certification program.

2

5.2     This request for continuance is not for delay only.  The Plaintiff is requesting that the Court consider the following scheduling:

    a) Joint pretrial order by 6/18/04
    d) Docket call and final pretrial conference on 7/6/04.
    d) Jury selection on 7/12/04 at 9:00 a.m.

5.3     As noted above, the Defendant Cameron County, Texas does not oppose Plaintiffs' Motion for Continuance, and there are no other Defendants from which the Plaintiffs need to obtain a certificate of conference.

E.     Conclusion.

For these reasons, the Plaintiffs ask the Court to continue this case for at least 30 days. The Plaintiffs are requesting a trial setting for July 2004.

Respectfully submitted,

By: _____
Alfred R. Valdez
    Federal ID 6389
    State Bar No. 20426200
    7520 Hillcroft
    Houston, Texas 77081
    (713) 271-0719
    (713) 270-8134 fax
    Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the opposing party on 28 APRIL 04.

_____
Alfred R. Valdez

3

## CERTIFICATE OF CONFERENCE

During the week of 19 April 2004, the attorney for the Plaintiffs inquired by telephone whether the Defendant Cameron County, Texas would oppose the Plaintiffs filing this motion for continuance. Counsel for the Defendant Cameron County, Texas does not oppose the motion.

_____
Alfred R. Valdez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } } | CIVIL ACTION NO. B-01-062 |
| VS. | } } | |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } } } | JURY DEMANDED |

## VERIFICATION ON PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

On this day, Alfred R. Valdez appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he has read the Plaintiffs' Motion for Continuance, and that the facts stated in it are within his personal knowledge and are true and correct.

_____
**Affiant**

Sworn to and subscribed before me by Alfred R. Valdez on 28 APRIL 04.

_____
**Notary Public in and for the State of Texas**



JANE Y. LEE
Notary Public, State of Texas
My Commission Expires
April 24, 2005