UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | } } } CIVIL ACTION NO. B-01-062 } } |
| VS. | } } |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS, and JOHN DOES 1-10 | } JURY DEMANDED } } |

## ORDER ON
## PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE

After considering the Plaintiffs' motion for continuance, the Court

DENIES this motion.

~~GRANTS the motion for continuance, and continues the case until _July_,
2004.~~ The Court amends its scheduling order:

The joint pretrial order shall be filed by: _6/18/04_

The Docket call and final pretrial conference on: _7/1/04_ at _1:30 pm_

Jury Selection on: _7/6/04_ at _9:00 AM_

Done at Brownsville, Texas, this _5th_ day of _May_, 2004.

_____
U.S. DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

By: _A. R. Valdez_
**Alfred R. Valdez**
**Federal ID 6389**
**State Bar No. 20426200**
**7500 Hillcroft**
**Houston, Texas 77081**
**(713) 271-0719**
**(713) 270-8134 fax**
**Attorney for the Plaintiffs**