80

United States District Court
Southern District of Texas
FILED

JUN 0 9 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIA LONGORIA, and MARIA IDALIA GUTIERREZ, Individually and on behalf of the Estate of JUAN LONGORIA, Deceased | : | |
| VS. | : | CIVIL ACTION NO. B-01-062 **(JURY DEMANDED)** |
| CAMERON COUNTY, TEXAS, THE CITY OF BROWNSVILLE, TEXAS XAVIER LEE HERNANDEZ, and JOHN DOES 1-10 | : | |

# JOINT (UNOPPOSED) MOTION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE HILDA TAGLE:

COMES NOW, Plaintifs, Maria Longoria, and Maria Idalia Gutierrez, Individually, and on behalf of the Estate of Juan Longoria, Deceased represented by Alfred Valdez and Defendant, Cameron County, Texas, represented by Craig H. Vittitoe of Adams & Graham, L.L.P., filing this ***Joint (Unopposed) Motion requesting an extension of time to file the Final Pretrial Order***.

**I.**

The final pretrial order is due to be filed on or before June 18, 2004. The parties request an extension to file the Pretrial Order due to vacation schedules and other conflicts upon each respective counsel's calendar. Movants request leave to file the Final Pretrial Order on or before Friday, June 25, 2004. This cause is set for jury selection commencing on July 6, 2004.

WHEREFORE, PREMISES CONSIDERED, Movants pray that this motion be sustained.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

**ROGER W. HUGHES**
Federal I.D. No. 5950
State Bar No. 10229500

*ATTORNEYS FOR DEFENDANT,*
*CAMERON COUNTY, TEXAS*

**LIN & VALDEZ**
7520 Hillcroft
Houston, Texas 77081
713-271-0719
713-270-8134 (Fax)

By: /s/ H. Valdez
**ALFRED R. VALDEZ**
Federal Bar I.D. No. 6389
State Bar No. 20426200
*ATTORNEYS FOR PLAINTIFFS,*
*MARIA LONGORIA, and*
*MARIA IDALIA GUTIERREZ, INDIVIDUALLY,*
*AND ON BEHALF OF THE ESTATE OF*
*JUAN LONGORIA, DECEASED*

[handwritten: C. Vittitoe with permission (see Valdez signature on...)]

WHEREFORE, PREMISES CONSIDERED, Movants pray that this motion be sustained.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

**ROGER W. HUGHES**
Federal I.D. No. 5950
State Bar No. 10229500

*ATTORNEYS FOR DEFENDANT,*
*CAMERON COUNTY, TEXAS*

**LIN & VALDEZ**
7520 Hillcroft
Houston, Texas 77081
713-271-0719
713-270-8134 (Fax)

By: _A. R. Valdez_____
**ALFRED R. VALDEZ**
Federal Bar I.D. No. 6389
State Bar No. 20426200
*ATTORNEYS FOR PLAINTIFFS,*
*MARIA LONGORIA, and*
*MARIA IDALIA GUTIERREZ, INDIVIDUALLY,*
*AND ON BEHALF OF THE ESTATE OF*
*JUAN LONGORIA, DECEASED*