United States District Court
Southern District of Texas
ENTERED

JUN 10 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA LONGORIA, and MARIA IDALIA   :
GUTIERREZ, Individually and on behalf :
of the Estate of JUAN LONGORIA,    :
Deceased                            :
                                    :
VS.                                 :   CIVIL ACTION NO. B-01-062
                                    :   (JURY DEMANDED)
CAMERON COUNTY, TEXAS, THE          :
CITY OF BROWNSVILLE, TEXAS          :
XAVIER LEE HERNANDEZ, and           :
JOHN DOES 1-10                      :

# ORDER

ON THIS day came the court in consideration of the *"Joint Motion (Unopposed) to Extend Deadline to File Pretrial Order"*. After having considered said Motion, the Court is of the opinion that it should be granted.

***Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*** that the parties shall file a **Joint Pretrial Order** on or before June 25, 2004.

DONE THIS the ___10___ day of ___June___, 2004 in Brownsville, Texas.

_____
HONORABLE HILDA TAGLE
UNITED STATES DISTRICT JUDGE
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

*Approved:*

| | |
|---|---|
| **LIN & VALDEZ, L.L.P.** | **ADAMS & GRAHAM, L.L.P.** |
| 7520 Hillcroft | P.O. Drawer 1429 |
| Houston, TX 77081 | Harlingen, TX 78551-1429 |
| Phone (713) 271-0719 | Phone (956) 428-7495 |
| Fax (713) 270-8134 | Fax (956) 428-2954 |
| By: _A. Valdez_ | By: _Craig V._ |
| ALFRED R. VALDEZ | CRAIG H. VITTITOE |
| *Attorney in charge for Plaintiffs* | *Attorney in charge for Defendant* |