IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA LONGORIA, ET. AL | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-01-062 |
| CAMERON COUNTY, TEXAS, ET. AL | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on June 30, 2004, the Court having granted summary judgment on all causes of action in favor of Defendant Cameron County, enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 30th day of June 2004.

Hilda G. Tagle
United States District Court Judge